AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
District of Massachusetts



J. P. BRENTWOOD CLIVEDEN

**SUMMONS IN A CIVIL ACTION**

V.

CDM CLINICAL DATA MANAGEMENT
DEUTSCHLAND GMBH, f/k/a/TEAMWORKS
COMMUNICATION SYSTEMS GMBH, CDM
CLINICAL DATA MANAGEMENT UK LTD,
f/k/a TEAMWORKS CLINICAL SOLUTIONS,
LTD, TEAMWORKS CLINICAL SERVICES, INC.,
TEAMWORKS CLINICAL SOLUTIONS INTERNATIONAL
INC., TEAMSWORKS CLINICAL SOLUTIONS PRIVATE
LTRD AND DR. THOMAS HEINA   AND MERCK & CO, Reach and Apply Defendant

CASE NUMBER: 04 11903 JLT

TO: (Name and address of Defendant)

Merck & Co., Inc.
c/o CT Corporation System
101 Federal Street
Boston, MA 02110

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Jessica Block, Esquire
Block & Roos, LLP
60 State Street, Suite 3800
Boston, MA 02109

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS                                    SEP 01 2004

CLERK

(By) DEPUTY CLERK

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me (1) | DATE: September 02, 2004 |
| NAME OF SERVER: BURTON M. MALKOFSKY | TITLE: Process Server / A Disinterested Person |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____, MASSACHUSETTS

☐ Left copies thereof at the defendant's dwelling or usual place of abode with a person of suitable age and discretion then residing therein. Name of person whom the summons and complaint were left: _____

Said service was made at: _____, MASSACHUSETTS

☒ Other: By handing true and attested copies thereof to __Yvette Concepcion, Receptionist for CT Corporation System, Registered__ ~~Duly Authorized~~ Agent for the within-named __Defendant, Merck & Co., Inc.__

Said service was made at:

__101 Federal Street, Boston__, MASSACHUSETTS

### STATEMENT OF SERVICE FEES

SERVICE FEE $ __34.00__   ____ Trips

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on __September 02, 2004__

*[Signature: Burton M. Malkofsky]*

Signature of Server

One Devonshire Place, Boston, Massachusetts
Address of Server

**ADDITIONAL INFORMATION**
PLEASE NOTE THAT IT WAS NECESSARY TO MAKE ____ ATTEMPTS BEFORE MAKING PROPER SERVICE.

| Date | Time | Remarks | FEE |
|---|---|---|---|
| | | | $ ____ |
| | | | $ ____ |
| | | | $ ____ |
| | | | $ ____ |
| | | | $ ____ |
| | | | $ ____ |
| | | TOTAL | $ ____ |

(1) As to who may serve a summons see Rule 4 to the Federal Rules of Civil Procedure.

---

**Suvalle, Jodrey & Associates**
**Massachusetts Constables since 1925**

One Devonshire Place
Boston, MA 02109

Telephone # (617) 720-5733
Fax #        (617) 720-5737