UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

J. P. BRENTWOOD CLIVEDEN

    Plaintiff

v.

CDM CLINICAL DATA MANAGEMENT
DEUTSCHLAND GmbH f/k/a/ TEAMWORKS
COMMUNICATION SYSTEMS GmbH,
CDM CLINICAL DATA MANAGEMENT UK LTD,
f/k/a TEAMWORKS CLINICAL SERVICES LTD.,
TEAMWORKS CLINICAL SOLUTIONS, LTD,
TEAMWORKS CLINICAL SERVICES, INC.,
TEAMWORKS CLINICAL SOLUTIONS
INTERNATIONAL, INC., TEAMWORKS CLINICAL
SOLUTIONS PRIVATE LTD, and DR. THOMAS
HEINA,

    Defendants.

and

MERCK & CO., INC.,

    Reach and Apply Defendant.

CIVIL ACTION NO. 04 11093 JLT

**AFFIDAVIT OF SERVICE OF PROCESS ON TEAMWORKS CLINICAL SERVICES, INC. AND TEAMWORKS CLINICAL SOLUTIONS INTERNATIONAL INC.**

1.    I, Jessica Block, am a partner in the law firm of Block & Roos, LLP, counsel to Plaintiff J. P. Brentwood Cliveden in this matter.

2.    On September 2, 2004, I sent by certified mail, return receipt requested, to Corporation Service Company, the registered agent for TEAMworks Clinical Services Inc. and TEAMworks Clinical Solutions International Inc., copies of the complaint and summons for each of the defendants. Copies of my cover letter and the summons are attached as <u>Exhibit A</u>.

3. On September 14, 2004. I received the receipt of service card, attached as <u>Exhibit B</u>. The receipt was signed by Laura M. Cooper. The receipt is not dated but, as it was received by my office on September 14, 2004, it was received by the agent before that date.

4. Further this day I mailed copies of the complaint, summons and this affidavit to each of TEAMworks Clinical Services Inc. and TEAMworks Clinical Solutions International Inc.

SIGNED UNDER PAINS AND PENALTIES OF PERJURY this 15th day of September, 2004.

*Jessica Block*
Jessica Block

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of  Massachusetts

J.P. CLIVEDEN

**SUMMONS IN A CIVIL ACTION**

V.

CDM CLINICAL DATA MANAGEMENT
DEUTSCHLAND GMBH f/k/a/
TEAMWORKS COMMUNICATION SYSTEMS
GMBH, CDM CLINICAL DATA MANAGEMENT UK LTD,
TEAMWORKS CLINICAL SERVICES LTD, TEAMWORKS
CLINICAL SOLUTIONS LTD, TEAMWORKS CLINICAL SERVICES,
INC., TEAMWORKS CLINICAL SOLUTIONS INTERNATIONAL INC.
TEAMWORKS CLINICAL SOLUTIONS PRIVATE LTD AND DR.
THOMAS HEINA

CASE NUMBER: 04 11903 JLT

TO: (Name and address of Defendant)

Teamworks Clinical Services Inc.
Corporation Service Company
Register Agent and Office
2711 Centerville Road Suite 400
Wilmington, DE 19808

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Jessica Block, Esquire
Block & Roos, LLP
60 State STreet, Suite 3800
Boston, MA 02109

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(By) DEPUTY CLERK

SEP 01 2004

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of __Massachusetts__

J.P. CLIVEDEN

V.

CDM CLINICAL DATA MANAGEMENT
DEUTSCHLAND GMBH f/k/a/
TEAMWORKS COMMUNICATION SYSTEMS
CDM CLINICAL DATA MANAGEMENT UK LTD,
TEAMWORKS CLINICAL SERVICESLTD, TEAMWORKS
CLINICAL SOLUTIONS LTD, TEAMWORKS CLINICAL SERVICES,
INC., TEAMWORKS CLINICAL SOLUTIONS INTERNATIONAL
INC., TEAMWORKS CLINICAL SOLUTIONS PRIVATE LTD
AND DR. THOMAS HEINA

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 04 11903 JLT

TO: (Name and address of Defendant)

Teamworks Clinical Solutions International Inc.
c/o Corporation Service Company
2711 Centerville Road Suite 400
Wilmington DE 19808

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Jessica Block
Block & Roos, LLP
60 State Street, Suite 3800
Boston, MA 02109

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS                                    SEP 01 2004

CLERK

(By) DEPUTY CLERK

Case 1:04-cv-11903-JLT    Document 3    Filed 09/15/2004    Page 6 of 8



**Block & Roos**



Block & Roos, LLP  617 223-1900
Attorneys  617 227-1948 Fax
60 State Street
Suite 3800
Boston, Massachusetts
02109

September 15, 2004

Clerk of Courts
United States District Court
for the District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way,
Boston, MA 02210

    Re:    Cliveden v. CDM Clinical Data Management Deutschland GmbH
            et al, Civil Action No. 04 11093 JLT

Dear Sir/Madam:

I enclose for filing the following:

1. Return of Service upon Reach and Apply Defendant Merck & Co., Inc.

2. Affidavit of Service upon TEAMworks Clinical Services Inc. and TEAMworks Clinical Solutions International Inc.

Would you kindly date-stamp a copy of this transmittal letter as a record of filing.

Yours sincerely,

Jessica Block

Enclosures