UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 OCT 14 P 4: 02

U.S. DISTRICT COURT
DISTRICT OF MASS.

J.P. CLIVEDEN,

        Plaintiff,

v.

CDM CLINICAL DATA MANAGEMENT DEUTSCHLAND GMBH f/k/a TEAMWORKS COMMUNICATION SYSTEMS CDM CLINICAL DATA MANAGEMENT UK LTD, TEAMWORKS CLINICAL SERVICES LTD, TEAMWORKS CLINICAL SOLUTIONS LTD, TEAMWORKS CLINICAL SERVICES, INC., TEAMWORKS CLINICAL SOLUTIONS INTERNATIONAL INC., TEAMWORKS CLINICAL SOLUTIONS PRIVATE LTD AND DR. THOMAS HEINA,

        Defendant(s).

Civil Action No.: 04-11903-JLT

## NOTICE OF APPEARANCE

Please enter the appearance of this firm and the undersigned attorneys on behalf of the Defendants TEAMworks Clinical Solutions International Inc. and TEAMworks Clinical Services, Inc. in the above referenced matter.

Respectfully submitted,

TEAMWORKS CLINICAL SOLUTIONS INTERNATIONAL INC. AND TEAMWORKS CLINICAL SERVICES, INC.

By their attorneys,

/s/ Lisa A. Weinman

Henry A. Sullivan, BBO No. 544371
Lisa A. Weinman, BBO No. 648057
Mintz, Levin, Cohn, Ferris, Glovsky
  and Popeo, P.C.
One Financial Center
Boston, MA 02111
(617) 542-6000

Dated: October 13, 2004

### CERTIFICATE OF SERVICE

I hereby certify that this 14th day of October, 2004, the foregoing *NOTICE OF APPEARANCE* was served upon counsel for the PLAINTIFF by mailing a copy thereof, first class postage prepaid, addressed to:

Jessica Block
Block & Roos, LLP
60 State Street, Suite 3800
Boston, MA 02109

/s/ Lisa A. Weinman
Lisa A. Weinman

- 2 -

LIT 1483388v1