UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 OCT 14 P 4: 02

U.S. DISTRICT COURT
DISTRICT OF MASS.

J.P. CLIVEDEN,

      Plaintiff,

v.

CDM CLINICAL DATA MANAGEMENT DEUTSCHLAND GMBH f/k/a TEAMWORKS COMMUNICATION SYSTEMS CDM CLINICAL DATA MANAGEMENT UK LTD, TEAMWORKS CLINICAL SERVICES LTD, TEAMWORKS CLINICAL SOLUTIONS LTD, TEAMWORKS CLINICAL SERVICES, INC., TEAMWORKS CLINICAL SOLUTIONS INTERNATIONAL INC., TEAMWORKS CLINICAL SOLUTIONS PRIVATE LTD AND DR. THOMAS HEINA,

      Defendant(s).

Civil Action No.: 04-11903-JLT

## ASSENTED TO MOTION TO EXTEND TIME FOR DEFENDANTS TO ANSWER, MOVE OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT

Defendants TEAMworks Clinical Solutions International Inc. and TEAMworks Clinical Services, Inc. ("Defendants") hereby move that the time by which Defendants may file an answer, move or otherwise respond to the Plaintiff's Complaint be extended to November 3, 2004.

Through his undersigned counsel, Plaintiff J.P. Brentwood Cliveden hereby assents to this motion.

| | |
|---|---|
| Respectfully submitted, | Assented to: |
| TEAMWORKS CLINICAL SOLUTIONS INTERNATIONAL INC. AND TEAMWORKS CLINICAL SERVICES, INC. | J.P. BRENTWOOD CLIVEDEN<br><br>By his attorney, |
| By their attorneys,<br><br>*/s/ Henry A. Sullivan*<br>Henry A. Sullivan, BBO No. 544371<br>Lisa A. Weinman, BBO No. 648057<br>Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.<br>One Financial Center<br>Boston, MA 02111<br>(617) 542-6000 | */s/ Jessica Block*<br>Jessica Block, BBO No. 046110<br>Block & Roos, LLP<br>60 State Street, Suite 3800<br>Boston, MA 02109<br>(617) 223-1900 |

Dated: October 14, 2004

## CERTIFICATE OF SERVICE

I hereby certify that this 14th day of October, 2004, the foregoing *ASSENTED TO MOTION TO EXTEND TIME FOR DEFENDANTS TO ANSWER, MOVE OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT* was served upon counsel for the PLAINTIFF by mailing a copy thereof, first class postage prepaid, addressed to:

Jessica Block
Block & Roos, LLP
60 State Street, Suite 3800
Boston, MA 02109

*/s/ Lisa A. Weinman*
Lisa A. Weinman