UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

J. P. BRENTWOOD CLIVEDEN,

    Plaintiff

v.

CDM CLINICAL DATA MANAGEMENT
DEUTSCHLAND GmbH f/k/a
TEAMWORKS COMMUNICATION
SYSTEMS GmbH, et al.,

    Defendants.

and

MERCK & CO., INC.,

    Reach and Apply Defendant.

CIVIL ACTION NO. 04 11903 JLT

## NOTICE OF APPEARANCE

Please enter the appearance of the undersigned as counsel of record for Reach and Apply Defendant Merck & Co., Inc.

HOLLAND & KNIGHT LLP

By: _____
Robert V. Lizza (BBO# 302410)
10 St. James Avenue
Boston, MA 02116
(617) 523-2700

Dated: October 25, 2004

# 2346302_v1