UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

J. P. BRENTWOOD CLIVEDEN,

    Plaintiff

v.

CDM CLINICAL DATA MANAGEMENT
DEUTSCHLAND GmbH f/k/a
TEAMWORKS COMMUNICATION
SYSTEMS GmbH, et al.,

    Defendants.

and

MERCK & CO., INC.,

    Reach and Apply Defendant.

CIVIL ACTION NO. 04 11903 JLT

## ANSWER OF REACH AND APPLY DEFENDANT MERCK & CO., INC.

### First Defense

Reach and Apply Defendant Merck & Co., Inc. ("Merck") responds to the numbered paragraphs in the complaint of Plaintiff J. P. Brentwood Cliveden as follows:

    1.    Paragraph 1 of the Complaint is a description of the action to which no response is required.

    2-4.    Paragraphs 2 through 4 of the Complaint set forth conclusions of law to which no response is required.

    5-13.    Merck lacks knowledge and information sufficient to form a belief as to the truth of the allegations set forth in paragraphs 5 through 13 of the Complaint.

    14.    Admitted.

# 2310494_v1

15-59. Merck lacks knowledge and information sufficient to form a belief as to the truth of the allegations set forth in paragraphs 15 through 59 of the Complaint.

60. Merck admits that it has entered into a software, licensing and services consulting contract with a TEAMworks entity. Further answering, Merck states that the contract has not been fully performed and a balance to bill remains.

61. Paragraph 61 of the Complaint sets forth a conclusion of law to which a response is not required. To the extent a response is deemed required, Merck denies the allegations set forth in paragraph 61 of the Complaint.

62. Paragraph 62 of the Complaint sets forth a conclusion of law to which a response is not required. To the extent a response is deemed required, Merck denies the allegations set forth in paragraph 62 of the Complaint.

WHEREFORE, Merck prays that the Court enter judgment in its favor, dismissing any claims against it, and awarding it such other and further relief as may be just and proper.

MERCK & CO., INC.

By its attorneys,

**HOLLAND & KNIGHT LLP**

By: _____
Robert V. Lizza (BBO# 302410)
10 St. James Avenue
Boston, MA 02116
(617) 523-2700

Dated: October 25, 2004