**Waiver of Service of Summons**

TO:   JESSICA BLOCK, ESQUIRE

I, Henry A. Sullivan, counsel to CDM Clinical Data Management Deutschland GmbH, f/k/a TEAMworks Communication Systems GmbH ("Teamworks Communication Systems GmbH"), hereby acknowledge receipt of your request for waiver of service of a summons in the action of Cliveden v. CDM Clinical Data Management Deutschland GMBH et al., Civil Action 04 11903 JLT in the United States District Court for the District of Massachusetts. We have also received a copy of the complaint in this action, two copies of this instrument, and a means by which we can return the signed waiver to you without cost to Teamworks Communication Systems GmbH.

On behalf of Teamworks Communication Systems GmbH, I agreed to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that Teamworks Communication Systems GmbH be served with judicial process in the manner provided by Rule 4.

Teamworks Communication Systems GmbH will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against Teamworks Communication Systems GmbH if an answer or motion under Rule 12 is not served upon you within 90 days of this request, dated September 10, 2004.

By its attorney:

November 3, 2004
Date

_____
Signature

Printed or Typed Name: ___Henry A. Sullivan___
as __counsel__ for ___CDM Clinical Data Management Deutschland GmbH f/k/a TEAMworks Communication Systems GmbH___
   (title)           (company)

LIT 1486739v1