**Waiver of Service of Summons**

TO:   JESSICA BLOCK, ESQUIRE

I, Henry A. Sullivan, counsel to TEAMworks Clinical Solutions Ltd., hereby acknowledge receipt of your request for waiver of service of a summons in the action of Cliveden v. CDM Clinical Data Management Deutschland GMBH et al., Civil Action 04 11903 JLT in the United States District Court for the District of Massachusetts. We have also received a copy of the complaint in this action, two copies of this instrument, and a means by which we can return the signed waiver to you without cost to Teamworks Clnical Solutions Ltd.

On behalf of Teamworks Clinical Solutions Ltd., I agreed to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that Teamworks Clinical Solutions Ltd. be served with judicial process in the manner provided by Rule 4.

Teamworks Clinical Solutions Ltd. will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against Teamworks Clinical Solutions Ltd. if an answer or motion under Rule 12 is not served upon you within 90 days of this request, dated September 10, 2004.

By its attorney:

November 3, 2004
Date

Signature

Printed or Typed Name: ___Henry A. Sullivan___
as _counsel_ for ___TEAMworks Clinical Solutions Ltd.___
   (title)         (company)

LIT 1486847v1