**Waiver of Service of Summons**

TO:   JESSICA BLOCK, ESQUIRE

I, Henry A. Sullivan, counsel to Dr. Thomas Heina, hereby acknowledge receipt of your request for waiver of service of a summons in the action of <u>Cliveden v. CDM Clinical Data Management Deutschland GMBH et al., Civil Action 04 11903 JLT</u> in the United States District Court for the District of Massachusetts. We have also received a copy of the complaint in this action, two copies of this instrument, and a means by which we can return the signed waiver to you without cost to us.

On behalf of Dr. Thomas Heina, I agreed to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that Dr. Thomas Heina be served with judicial process in the manner provided by Rule 4.

Dr. Thomas Heina will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against Teamworks Communication Systems GmbH if an answer or motion under Rule 12 is not served upon you within 90 days of this request, dated September 10, 2004.

By his attorney:

<u>November 3, 2004</u>             _____
Date                                      Signature

Printed or Typed Name:   __Henry A. Sullivan__
as __counsel__ for __Dr. Thomas Heina__
     (title)              (company)

LIT 1486843v1