UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| J.P. BRENTWOOD CLIVEDEN,<br><br>    Plaintiff,<br><br>v.<br><br>CDM CLINICAL DATA MANAGEMENT DEUTSCHLAND GMBH f/k/a TEAMWORKS COMMUNICATION SYSTEMS GMBH, CDM CLINICAL DATA MANAGEMENT UK LTD. f/k/a TEAMWORKS CLINICAL SERVICES LTD., TEAMWORKS CLINICAL SOLUTIONS LTD., TEAMWORKS CLINICAL SERVICES, INC., TEAMWORKS CLINICAL SOLUTIONS INTERNATIONAL, INC., TEAMWORKS CLINICAL SOLUTIONS PRIVATE LTD. and DR. THOMAS HEINA,<br><br>    Defendants,<br><br>and<br><br>MERCK & CO., INC.,<br><br>    Reach and Apply Defendant. | Civil Action No. 04-11093-JLT |

## NOTICE OF APPEARANCE ON BEHALF OF DR. THOMAS HEINA

Please enter the appearance of this firm and the undersigned attorneys on behalf of Defendant Dr. Thomas Heina in the above referenced matter.

Respectfully submitted,

DR. THOMAS HEINA,

By his attorneys,

_____
Henry A. Sullivan, BBO No. 544371
Lisa A. Weinman, BBO No. 648057
Mintz, Levin, Cohn, Ferris, Glovsky
 and Popeo, P.C.
One Financial Center
Boston, MA 02111
(617) 542-6000

Dated: December 3, 2004

## CERTIFICATE OF SERVICE

I hereby certify that this 3rd day of December, 2004, the foregoing *NOTICE OF APPEARANCE* was served upon all counsel in this matter by mailing copies thereof, first class postage prepaid, addressed to:

Jessica Block
Block & Roos, LLP
60 State Street, Suite 3800
Boston, MA 02109

Robert V. Lizza
Holland & Knight, LLP
10 St. James Avenue
Boston, MA 02116

_____
Lisa A. Weinman

- 2 -

LIT 1491465v1