UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| J.P. BRENTWOOD CLIVEDEN,<br><br>Plaintiff,<br><br>v.<br><br>CDM CLINICAL DATA MANAGEMENT DEUTSCHLAND GMBH f/k/a TEAMWORKS COMMUNICATION SYSTEMS GMBH, CDM CLINICAL DATA MANAGEMENT U.K. LTD., TEAMWORKS CLINICAL SERVICES LTD, TEAMWORKS CLINICAL SOLUTIONS LTD., TEAMWORKS CLINICAL SERVICES, INC., TEAMWORKS CLINICAL SOLUTIONS INTERNATIONAL, INC., TEAMWORKS CLINICAL SOLUTIONS PRIVATE LTD. and DR. THOMAS HEINA,<br><br>Defendants. | Civil Action No.: 04-11093-JLT |

## DEFENDANTS TEAMWORKS CLINICAL SOLUTIONS, LTD., TEAMWORKS CLINICAL SOLUTIONS PRIVATE, LTD., AND CDM CLINICAL DATA MANAGEMENT U.K., LTD.'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION

Defendants CDM Clinical Data Management U.K. Ltd., TEAMworks Clinical Solutions Ltd., and TEAMworks Clinical Solutions Private Ltd. (collectively, the "Defendants") hereby move this Court for dismissal from this litigation pursuant to Rule 12(b)(2) of the Federal rules of Civil Procedure for lack of personal jurisdiction. A certificate of compliance with L.R. 7.1(a)(2) and a memorandum of the reasons why the Defendants' motion should be granted, along with supporting affidavits, in accordance with L.R. 7.1(b)(1) are filed and served contemporaneously herewith.

## REQUEST FOR ORAL ARGUMENT

In support of this Motion to Dismiss, the Defendants respectfully request the opportunity to be heard.

                              Respectfully Submitted,

                              TEAMWORKS CLINICAL SOLUTIONS, LTD.,
                              TEAMWORKS CLINICAL SOLUTIONS
                              PRIVATE, LTD. AND CDM CLINICAL DATA
                              MANAGEMENT U.K., LTD.

                              By their attorneys:

                              _/s/ Henry A. Sullivan_
                              Henry A. Sullivan (BBO #544371)
                              Lisa A. Weinman (BBO #648057)
                              MINTZ, LEVIN, COHN, FERRIS,
                                GLOVSKY and POPEO, P.C.
                              One Financial Center
                              Boston, MA 02111
                              (617) 542-6000

DATED: December 3, 2004

## CERTIFICATE OF SERVICE

I hereby certify that this 3rd day of December, 2004, the foregoing *Defendants TEAMworks Clinical Solutions, Ltd., TEAMworks Clinical Solutions Private, Ltd., and CDM Clinical Data Management U.K., Ltd.'s Motion to Dismiss* was served upon all counsel in this matter by mailing copies thereof, first class postage prepaid, addressed to:

Jessica Block
Block & Roos, LLP
60 State Street, Suite 3800
Boston, MA 02109

Robert V. Lizza
Holland & Knight, LLP
10 St. James Avenue
Boston, MA 02116

                              _/s/ Lisa A. Weinman_
                              Lisa A. Weinman