UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| J.P. BRENTWOOD CLIVEDEN, <br><br> Plaintiff, <br><br> v. <br><br> CDM CLINICAL DATA MANAGEMENT DEUTSCHLAND GMBH f/k/a TEAMWORKS COMMUNICATION SYSTEMS GMBH, CDM CLINICAL DATA MANAGEMENT UK LTD. f/k/a TEAMWORKS CLINICAL SERVICES LTD., TEAMWORKS CLINICAL SOLUTIONS LTD., TEAMWORKS CLINICAL SERVICES, INC., TEAMWORKS CLINICAL SOLUTIONS INTERNATIONAL, INC., TEAMWORKS CLINICAL SOLUTIONS PRIVATE LTD. and DR. THOMAS HEINA, <br><br> Defendants, <br><br> and <br><br> MERCK & CO., INC., <br><br> Reach and Apply Defendant. | Civil Action No. 04-11093-JLT |

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(A)(2)

Pursuant to Local Rule 7.1(A)(2) I, Henry A. Sullivan, counsel to defendant and moving parties CDM TEAMworks Clinical Solutions, Ltd., TEAMworks Clinical Solutions Private, Ltd., and Clinical Data Management U.K., Ltd. (the "Defendants"), certify that on December 2, 2004, I conferred in good faith with Jessica Block, Esquire, counsel to Plaintiff J.P. Brentwood Cliveden, in an effort to resolve or narrow the issues which are the subject of Defendants' Motion to Dismiss. We were unable to reach a resolution of this matter. The parties have agreed, however, to continue discussions after this Motion is filed.

Respectfully submitted,

TEAMWORKS CLINICAL SOLUTIONS, LTD., TEAMWORKS CLINICAL SOLUTIONS PRIVATE, LTD., AND CDM CLINICAL DATA MANAGEMENT U.K., LTD.

By their attorneys,

_/s/ Henry C. Sullivan_
Henry A. Sullivan, BBO No. 544371
Lisa A. Weinman, BBO No. 648057
Mintz, Levin, Cohn, Ferris, Glovsky
  and Popeo, P.C.
One Financial Center
Boston, MA 02111
(617) 542-6000

Dated: December 3, 2004

## CERTIFICATE OF SERVICE

I hereby certify that this 3rd day of December, 2004, the foregoing CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1 was served upon all counsel in this matter by mailing copies thereof, first class postage prepaid, addressed to:

Jessica Block
Block & Roos, LLP
60 State Street, Suite 3800
Boston, MA 02109

Robert V. Lizza
Holland & Knight, LLP
10 St. James Avenue
Boston, MA 02116

_/s/ Lisa A. Weinman_
Lisa A. Weinman

- 2 -

LIT 1491839v1