UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

J. P. BRENTWOOD CLIVEDEN

    Plaintiff,

    v.

CDM CLINICAL DATA MANAGEMENT
DEUTSCHLAND GmbH f/k/a/ TEAMWORKS
COMMUNICATION SYSTEMS GmbH,
CDM CLINICAL DATA MANAGEMENT UK LTD,
f/k/a TEAMWORKS CLINICAL SERVICES LTD.,
TEAMWORKS CLINICAL SOLUTIONS, LTD,
TEAMWORKS CLINICAL SERVICES, INC.,
TEAMWORKS CLINICAL SOLUTIONS
INTERNATIONAL, INC., TEAMWORKS CLINICAL
SOLUTIONS PRIVATE LTD, and DR. THOMAS
HEINA,

    Defendants.

and

MERCK & CO., INC.,

    Reach and Apply Defendant.

CIVIL ACTION NO. 04-11903 JLT

## ASSENTED TO MOTION TO EXTEND TIME TO RESPOND TO MOTIONS TO DISMISS

Plaintiff J. P. Brentwood Cliveden ("Cliveden") moves this Court for an extension of time to respond to the motions to dismiss filed by defendants TEAMworks Clinical Solutions Ltd., CDM Clinical Data Management UK Ltd, and TEAMworks Clinical Solutions Private Ltd. As grounds for this motion, Cliveden states that he needs additional time to investigate facts and review documents, which have not yet been produced, before responding to the motion, and, further, that his counsel will be out of the state between December 28, 2004 and January 2, 2004.

Cliveden moves that the date for his response to the motion be extended to and including January 03, 2004. Counsel for the moving parties has assented to the motion.

J.P. BRENTWOOD CLIVEDEN
By his attorneys,

*[signature]*

Jessica Block
BBO#046110
Block & Roos, LLP
60 State Street, 38th Floor
Boston, Massachusetts 02109
(617) 223-1900

Date: December 16, 2004

Assented to:

CDM Clinical Data Management UK Ltd,
TEAMworks Clinical Solutions Ltd and
TEAMworks Clinical Solutions Private, Ltd.,
et al.

By their attorneys,

\_\_\_/s/_____
Henry Sullivan (BBO 544371)
Lisa Weinman (BBO #648057)
MINTZ, LEVIN, COHN, FERRIS,
  GLOVSKY and POPEO, P.C.
One Financial Center
Boston, MA 02111
617/542-6000

CERTIFICATE OF SERVICE
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party [by mail](by hand) on _____

2