UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

J. P. BRENTWOOD CLIVEDEN,

    Plaintiff

v.

CDM CLINICAL DATA MANAGEMENT
DEUTSCHLAND GmbH f/k/a/ TEAMWORKS
COMMUNICATION SYSTEMS GmbH,
CDM CLINICAL DATA MANAGEMENT UK LTD,
f/k/a TEAMWORKS CLINICAL SERVICES LTD.,
TEAMWORKS CLINICAL SOLUTIONS, LTD,
TEAMWORKS CLINICAL SERVICES, INC.,
TEAMWORKS CLINICAL SOLUTIONS
INTERNATIONAL, INC., TEAMWORKS CLINICAL
SOLUTIONS PRIVATE LTD, and DR. THOMAS
HEINA,

    Defendants.

and

MERCK & CO., INC.,

    Reach and Apply Defendant.

CIVIL ACTION NO. 04 11093 JLT

## AFFIDAVIT OF JESSICA BLOCK UNDER RULE 56(f)

JESSICA BLOCK, being duly sworn, deposes and states as follows:

1.     I am counsel for the plaintiff, J. P. Brentwood Cliveden ("Cliveden") and make this affidavit in response to the motion to dismiss of CDM CLINICAL DATA MANAGEMENT UK LTD (TEAMworks-UK"), TEAMWORKS CLINICAL SOLUTIONS, LTD (TEAMworks UK 2), TEAMWORKS CLINICAL SOLUTIONS PRIVATE LTD (TEAMworks-Singapore) for lack of personal jurisdiction.

2.  Discovery in this case has not commenced. Based upon the affidavit of the plaintiff, filed in opposition to the motion to dismiss, the other affidavits filed herewith and the information received to date through publicly available sources, we have reason to question whether the defendants moving for jurisdiction are really separate entities and whether, in fact, they are successor entities to companies having dealings with the plaintiff and or entities so interrelated that they share liability for the plaintiff's claims and are subject to the jurisdiction of this Court in Massachusetts. Documentary and deposition discovery is required to determine (i) the relationships between all the various "TEAMworks" entities described in plaintiff's affidavit, (ii) the reasons why there are so many name changes and new incorporations, including multiple companies at the same address with the same employees, shareholders and directors, (iii) intra-company transfers, and (iv) whether defendants have, in fact, preserved the integrity of these separate entities, as they assert.

3.  When I attempted service of one of the defendants in this case, CDM CLINICAL DATA MANAGEMENT DEUTSCHLAND GmbH f/k/a/ TEAMWORKS COMMUNICATION SYSTEMS GmbH, the German parent company that has not challenged jurisdiction in this case, the mail was returned (Exhibit 1). This further caused concern as to the status of this company and whether it has folded into one or more of the companies seeking dismissal of the case on jurisdictional grounds.

SIGNED UNDER PAINS AND PENALTIES OF PERJURY this 27th day of December, 2004.

/s/ Jessica Block
Jessica Block

CERTIFICATE OF SERVICE
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail (by hand) on 1/3/05

2





Block & Roos, LLP
Attorneys
60 State Street
Suite 3800
Boston, Massachusetts
02109

Block & Roos

CDM CLINICAL DATA MANAGEMENT DEUTSCHLAND
GMBH C/O TEAMWORKS COMMUNICATION SYSTEMS
OR TEAMWORKS INFORMATION SYSTEMS
GESELLSCHAFT FÜR INTERNETBASIERTE
DATENVERARBEITUNGSSYSTEMS MBH
HANNOVERSCHE STR. 149
HANNOVER 30627

AIR MAIL/PAR AVION

