UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

J. P. BRENTWOOD CLIVEDEN

    Plaintiff

    v.

CDM CLINICAL DATA MANAGEMENT
DEUTSCHLAND GmbH f/k/a/ TEAMWORKS
COMMUNICATION SYSTEMS GmbH,
CDM CLINICAL DATA MANAGEMENT UK LTD,
f/k/a TEAMWORKS CLINICAL SERVICES LTD.,
TEAMWORKS CLINICAL SOLUTIONS, LTD,
TEAMWORKS CLINICAL SERVICES, INC.,
TEAMWORKS CLINICAL SOLUTIONS
INTERNATIONAL, INC., TEAMWORKS CLINICAL
SOLUTIONS PRIVATE LTD, and DR. THOMAS
HEINA,

    Defendants.

and

MERCK & CO., INC.,

    Reach and Apply Defendant.

CIVIL ACTION NO.  04 11093 JLT

## AFFIDAVIT OF J. P. BRENTWOOD CLIVEDEN
## IN OPPOSITION TO THE MOTION TO DISMISS

J.P. BRENTWOOD CLIVEDEN, being duly sworn, deposes and states as follows:

1.    I am the plaintiff in this action and make this affidavit in opposition to the motion

to dismiss of CDM CLINICAL DATA MANAGEMENT UK LTD (TEAMworks-UK),

TEAMWORKS CLINICAL SOLUTIONS, LTD (TEAMworks UK 2), TEAMWORKS

CLINICAL SOLUTIONS PRIVATE LTD (TEAMworks-Singapore).  I make this affidavit

based upon (1) my knowledge of the "TEAMworks" group of companies gained during my

employment with them from August 2000, through March 3, 2003, (2) information I have received from current and former employees; and (3) my independent research.

2.    I dispute that these defendants do not or did not transact business in Massachusetts and further dispute their contention that they had nothing to do with my claims for breach of contract, unjust enrichment and related claims.

3.    As described in the Complaint, my claims all arise from my employment, in Massachusetts, with a group of companies all known collectively as "TEAMworks" and referred to as such by defendant Thomas Heina ("Heina"), the director, primary shareholder and the person who owns and controls all of the "TEAMworks" entities. Although my salary was paid and expenses reimbursed through December 31, 2001, Heina refused to pay in excess of $150,000 in expenses I advanced on behalf of his TEAMworks companies or to pay my salary for the period January 1, 2002 through March 3, 2003, despite my pleas as to the financial distress the delays were causing (Exhibit A) and his repeated promises to pay me from moneys received from "TEAMworks" customers (see, e.g., Exhibit B) and otherwise.

4.    As described below, I had direct and comprehensive dealings, from Massachusetts, with TEAMworks in the United Kingdom and in Singapore during the tenure of my employment. Moreover, I have good reason to believe the two of defendants arguing for dismissal on the grounds of jurisdiction (TEAMworks UK 2 and TEAMworks Singapore) are really just successor corporations to those with whom I did business from Massachusetts during the tenure of my employment and, further, that Heina formed these entities to avoid liabilities incurred by the predecessor companies. The predecessor companies are either defunct or without any real assets or employee.

2

5.    I incorporate herein by reference and verify the allegations in the Complaint filed in this action.  Further, as to the jurisdictional issues, I state as follows:

**The TEAMworks Entities**

6.    As described in the attached 2002 business plan ('the Business Plan") prepared by Heina (Exhibit C), TEAMworks Communications Systems GmbH (TEAMworks – Germany) was the "mother" company, founded in 1997.  Thereafter, as admitted in the Business Plan, "TEAMworks developed . . . into a small global international group company [sic] with affiliates in the UK, US, Switzerland, Singapore and Australia. . .  All affiliates are 100% subsidiaries of the mother company, TEAMworks Communication Systems GmbH."  As evident from the Business Plan, the company and its "affiliates" are referred to throughout collectively as "TEAMworks" without regard to any corporate separateness.    In point of fact, as evidenced below, all of the entities established by Heina (and there are now 11 of which I am aware) are in reality one and the same company  established for Heina's benefit and, at his whim, for the benefit of a closed circle of colleagues, including his wife, Martina Heina, and his girlfriend, Anna Higgins.

7.    During the period that I worked for "TEAMworks" the companies were all considered to be part of one and the same organization.  Company presentations delivered to customers and projects speak of "TEAMworks" with locations in various cities/countries around the world. (See, e.g., Exhibit D1).  Heina made statements in these presentations that indicate that all companies are financially considered to be one, such as, "TEAMworks has been profitable since day 1."[1]  At various times these entities were called: "TEAMworks Information Systems, TEAMworks Communication Systems, TEAMworks Clinical Services, TEAMworks

---

[1]  Despite such statements, as of 2002, the amounts owed to me and other employees was in excess of $250,000, and creditors were threatening the company with lawsuits.

Clinical Solutions and, more recently, CDM Clinical Data Management. Depending upon in which country these entities were organized, the companies had the suffix "Corporation," "Ltd," or "Private" (Pte)." All are engaged in the business of providing technical support, training, and implementation services and licensing TEAMworks' specialized software, TRIALink, to the pharmaceutical industry, for the purpose of bringing products to market. As I know from my numerous conversations with Heina and my continued communications with TEAMworks employees all over the world, the primary asset is the TRIALink software. This asset originally was held by the German company but may have been moved to Singapore. The company's current website refers to TEAMworks entities in the UK, Switzerland, the US and Singapore (Exhibit D2), suggesting that the Germany company is no longer active and further demonstrating generic use of "TEAMworks" for the group of companies.

8. Teamworks-Germany , the so-called "mother company" described in the Business Plan, underwent a name change in March 2004 (Exhibit E) from TEAMworks Communications Systems GmbH to CDM CLINICAL DATA MANAGEMENT DEUTSCHLAND. According to registration information, after the name change, Heina became the sole director. The previous directors were Heina's wife, Martina Heina, and Henning Lux, who since has terminated his employment with the TEAMworks entities. Mr. Lux lives in Berlin.

9. As described in the affidavit submitted by my attorney, mailings to this company in Germany were returned suggesting that it is either defunct or no more than a mail-drop address or virtual office without employees. Furthermore, according to Roger Holden, former Head of Quality Assurance, TEAMworks UK, Heina announced that he was moving the company's operations from Germany to Singapore. Mr. Holden has submitted an affidavit on my behalf. Lance Eminger, former Managing Director of TEAMworks Clinical Services Pte.

4

Ltd. and TEAMworks Information Systems Pte. Ltd. (both located in Singapore), also has

submitted an affidavit on my behalf. He has confirmed that Heina moved to Singapore with his

girlfriend, Anna Higgins, and made her a shareholder in the Singapore companies along with

himself, summarily ousting Mr. Eminger, who had to sue him to recover his compensation. It

appears that TEAMworks Singapore is the successor to the German "mother company."

10.    There are now at least 11 TEAMworks entities worldwide, many of which are,

upon information and belief, simply virtual offices with a mailing address and voice mail, and all

of which are owned and controlled by Heina  Based upon my Internet research and

correspondence with recently dismissed employees, I am aware of the following entitles owned

and controlled by Heina. I list below the country of incorporation, the directors, and the date of

incorporation. As is evident, there is a pattern and practice of renaming and reconstituting

"TEAMworks" entities for Heina's own purposes.

**Germany:**
TEAMworks Communication Systems GmbH (Incorporation date: DEC 1997) (Directors: Thomas Heina, Martina Heina, Henning Lux)
**1.** TEAMworks Information Systems Gesellschaft für internetbasierte Datenverarbeitungssysteme mbH (Incorporation date: 31 MAR 2003) (Director: Heina)
**2.** CDM Clinical Data Management Deutschland GmbH f/k/a TEAMworks Communication Systems GmbH (change of name: 31 MAR 2004) (Director: Heina)

**United Kingdom:**
3. TEAMworks Clinical Services Ltd (Incorporation date: 22 NOV 1999) (Director: Heina)
**4.** TEAMworks Clinical Solutions Ltd (Incorporation date: 21 JAN 2004) (Director: Heina)
**5.** CDM Clinical Data Management Ltd f/k/a TEAMworks Clinical Services Ltd. (Change of name: 4 JUN 2004) (Director: Heina)

**United States:**
6. TEAMworks Information Systems Inc (name used but never incorporated in 2000) (Director: Heina)
7. TEAMworks Clinical Services Inc (Heina had planned to incorporate under this name in 2001/2002, but apparently did not)
**8.** TEAMworks Clinical Solutions Inc (Incorporation date: December 11, 2002) (Director: Heina)
**9.** TEAMworks Clinical Solutions International Inc (Incorporation date: December 11, 2002) (Director: Heina)

**Switzerland:**
**10.** TEAMworks Clinical Services AG (Incorporation date: 2000) (Director: Heina)

**11.** TEAMworks Clinical Solutions AG (Incorporation date: 17 MAY 2004) (Directors: Heina and Tanja Rüttimann)

**Singapore:**
**12.** TEAMworks Information Systems PTE Ltd (Incorporation date: 22 MAR 2000) (Directors: Heina and Anna Higgins--added in 2003) (Shareholder: 100% TEAMworks Communication Systems GmbH, Hanover, Germany)
**13.** TEAMworks Clinical Services PTE Ltd (Incorporation date: 27 Apr 2000) (Directors: Heina and Anna Higgins--added in 2003) (Shareholder: 100% TEAMworks Communication Systems GmbH, Hanover, Germany)
**14.** TEAMworks Clinical Solutions Private Ltd (Incorporation date: 16 DEC 2003) (Directors: Heina, Knut Unger (lawyer), and Anna Higgins--added in 2004).

11.      As for a U.S. based entity, Heina induced me to work for TEAMworks with the promise that the North American operations would be based in Boston and, a year into my employment, instructed me to meet with Mintz, Levin, Cohn, Ferris, Glovsky and Popeo for the purpose of incorporating an entity called TEAMworks Clinical Services (Exhibit F) Heina abandoned that plan just before he terminated my employment, incorporating TEAMworks in New Jersey instead. When I call the phone number in New Jersey, I am informed that there are no staff to assist me, only to take my name and number, and thus I believe that office may be simply a "help desk" such as the corporate headquarters set up at 28 State Street, in Boston, MA, with no real assets, no staff and with all moneys directed toward the Singapore office where Heina has now set up his base of operations.

### TEAMworks-Singapore

12.      According to available registration information (Exhibit G), the officers of TEAMworks-Singapore include Anna Catherine Higgins of 369 Holland Road # 12-01 Allsworth Park Singapore and Heina (Director), living at the same address. Ms. Higgins owns 1 share and Heina owns 139,999 shares. This corporation and the other two Singapore entities, TEAMworks Information Services Pte and TEAMworks Clinical Services Pte. (of which Heina and Higgins are directors and TEAMworks Germany is the sole shareholder) all are registered at the same address in Singapore, 999G Serangoon Road.

6

13.    As the Vice President and General Manager of TEAMworks, North America I met with staff from the Singapore office who would travel to the UK or German office. I also arranged the registration of TEAMworks Singapore staff (along with TEAMworks UK and TEAMworks Germany staff) to represent TEAMworks with me at the annual Drug Information Association meetings held in the US, at which TEAMworks would have a sales exhibit each year. I worked extensively with TEAMworks staff in Switzerland, Germany, the UK, and Singapore to establish our global software telephone support line, also providing the support along with colleagues in Switzerland, Germany, and Singapore, receiving calls that were placed to the Boston-based toll-free help desk telephone number. I worked with Lance Eminger, then Managing Director of the TEAMworks Singapore office, to enter about 350 names from business cards sent to me from the Singapore office into the TEAMworks customer management and software support databases, which I managed and made available to staff in the UK and Singapore.

14.    Recently I dialed, from Boston, the Boston contact number TEAMworks uses in the United States. I was immediately connected to TEAMworks Singapore. (I set up this toll-free number using MCI Worldcom's services in Waltham, Massachusetts upon Heina's instruction). This number formerly automatically forwarded to the TEAMworks virtual office in Boston at 617-573-5038, during Boston business hours. (Calls would forward to the Mountain View, California virtual office during West Coast Business hours; and then to the Singapore office during their business hours, and finally to either the Swiss or German office during their business hours.)

15.    I also have been informed by current TEAMWorks' employees that TEAMworks employs Carl Rapa, living in Duxbury, MA to service all of its sites. Attached as Exhibit H is

7

Mr. Rapa's on-line resume showing that he coordinated all aspects of product release of TRIALink's application from Massachusetts, New Jersey, England, Germany and Singapore.

### The TEAMworks UK Companies

16.     There now appear to be two companies in the United Kingdom. It is disingenuous to assert that TEAMworks' UK office did no business in Massachusetts arising out of my employment. During the tenure of my employment with TEAMworks, I routinely transacted business with the UK employees from my office in Boston, including numerous phone calls, e-mails, fax messages exchanged between myself in Boston and, *inter alia*, Jeremy Smethurst, Douglas Bain, Viki Wills, Roger Holden, Anna Higgins, Jane Ashton, Leanne Ellison, Paul Messis, Ian Bradbrook, Corinne Robinson, John Habkirk, Bina Desai, Jason Housely, Clare Collins, David Tom, Matt Smith, Paul Andrews, Mohammad Asif, Atila Aktas, Gary Holmes. In fact, the Project Management organizational chart (Exhibit I) shows me to be the person to whom Douglas Beauregard reports interfacing with Viki Wills, the Director of Project Management-UK, Ian Bradbrook, Director Phase I-UK, Anna Higgins, Clinical Project Manager-UK, and other UK employees. As also demonstrated by the chart, the "Team" hailed from a number of different countries without regard to separate TEAMworks corporate structures.

17.     During the period of my employment, moneys all were transmitted to the German and UK offices and, I believe, there were inter-company transfers. Most of my salary and expense payments (those Heina did pay before he stopped paying me for over a year) came from Germany (see Exhibit J), but I did receive a payment from the UK office (Exhibit K). The reimbursement check for travel and subsistence expenses for my job offer trip to the UK during May 2000 was issued from the UK .

8

18.    During my employment, Heina routinely requested that I fly to the Guildford office in the UK to meet with him and the UK staff during the period of my employment. In fact, I spent a large percentage of my time working in the UK office during 2002, including parts of each of the 12 months of that year.    During my last trip to the UK office in December 2002, I spent time addressing, signing, and writing notes in holiday cards, jointly signed by Heina, Jeremy Smethurst, and others from the UK office, which TEAMworks was sending to customers and prospects. I made sales visits to companies in the UK along with UK staff, and attended meetings with colleagues in the UK office with customers from the UK, the EU, and the US. Staff from the UK office, including Heina, Jeremy Smethurst, Douglas Bain, and Viki Wills joined me for meetings with customers and sales prospects in Massachusetts, including Genzyme and Biogen in Cambridge.   A contract with Genzyme, located in Cambridge, MA, resulted and it was from that contract, among other funds, that Heina promised to pay my salary and expenses (pleading short-term financial strain), but never did so.

19.    Attached as <u>Exhibit L</u> is the registration information for the TEAMworks UK companies as well as an excerpt from a financial statement for TEAMworks UK 1 containing the statement that the parent company is the "ultimate controlling party." It appears that, recently, Heina made TEAMworks UK1 a "non-trading" company, meaning it no longer does business, and then immediately set up a new "trading" company, TEAMworks UK2, the entity now carrying on the TEAMworks business in the UK.

## My Financial Situation Rendering It Difficult if Not Impossible to Chase TEAMworks Throughout the World.

20.     As noted in my various e-mails to Heina (Exhibit A) and as described in the Complaint, the failure and refusal of TEAMworks, through Heina to pay my salary and reimburse my expenses has caused enormous financial hardship, including, without limitation, interest charges on loans and credit card advances I have had to obtain to pay living expenses and compensate for the TEAMWorks charges I advanced, damage to my credit rating and loss of my retirement benefits as I was forced to liquidate retirement accounts to pay expenses.  I cannot afford to maintain lawsuits in Germany, the UK and Singapore to chase after the solvent TEAMworks entities.

21.     It should be noted that the substantial expenses I advance, for which I have not been reimbursed, include the costs of my frequent travel to the UK, the costs of the substantial telecommunications I have had with the UK and Singapore offices, and all of the costs associated with maintaining the Boston headquarters at 28 State Street in Boston and at my home address in Boston, from which I performed work for the direct benefit of all the TEAMworks-related entities, including the UK- and Singapore-based companies.

SWORN TO UNDER PAINS AND PENALTIES OF PERJURY this 3rd day of January, 2005.

_____
J. P. BRENTWOOD CLIVEDEN

CERTIFICATE OF SERVICE
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail (by hand) on _____

10

## JPB Cliveden

| | |
|---|---|
| **From:** | JPB Cliveden [cliveden@teamworks.de] |
| **Sent:** | Thursday, 01 August 2002 19:04 |
| **To:** | Thomas Heina |
| **Subject:** | Salary and expenses |

**Importance:** High

Hello Tom,

Have you initiated a wire transfer to me or to Douglas Beauregard? The last salary I received was for the month of December and the last time I received any expense reimbursement was just over 1 year ago.

Best regards,
Brent

**Cliveden**

**From:** Brent Cliveden [cliveden@teamworks.de]

**Sent:** Wednesday, 30 October 2002 12:53

**To:** Thomas Heina

**Subject:** Documentation of commitment to transfer Genzyme revenue

**Importance:** High

Tom,

I do not know how I am going to get additional loan funds to continue to meet my living expenses. I will attempt to convince my bank to loan me additional money. I want to go to them with some sort of evidence of my ability to repay their loans. In order to justify my ability to repay them, I would be grateful if you would write me a note on official TEAMworks stationery to document your commitment to wire transfer money to my personal account for my past-due salary and expenses from the revenue received from Genzyme. Thank you for your assistance.

Best regards,
Brent

2004-07-29

**EXHIBIT B**

From: Brent Cliveden [mailto:cliveden@teamworks.de]
Sent: Monday, 07 October 2002 08:06
To: Dr. Thomas Heina
Subject: RE: Concerns on THYR-008-00


Tom,

I have been tied up with the details of a death in the past week and am just
leaving now for the funeral. I will contact you tomorrow re Genzyme's
concerns.

Best regards,
Brent

———


-----Original Message-----
From: Dr. Thomas Heina [mailto:t.heina@teamworks.de]
Sent: Monday, 07 October 2002 00:38
To: Brent Cliveden (E-mail)
Subject: RE: Concerns on THYR-008-00


Brent.

What are the concerns here. I will not have a TC with them before I know
what is going on.

What are the Change Orders/Contract Extensions (extra license fees) doing,
Brent ? What is the status of their "Request for Update" and the required
SSD update ? I trust we both understand that these are the funds for your
work.

I am in Guildford today (Monday) afternoon. Please call me to update me and
to discuss status and next steps.

Regards

Tom

**EXHIBIT C**



*TEAMworks Communication Systems GmbH*

---

*PLAN FOR GROWTH IN THE US*

*VERSION 0.9*

*SUBMODEL [MKTG, CM]*

*UPDATED ON 8-JUL-2002*

TEAM 

HIGHLY CONFIDENTIAL - FOR STRICTLY INTERNAL USE. Copyright 2002

TEAMworks Communication Systems GmbH
Hannoversche Str. 149
D30627 Hannover
Germany
teamworks@teamworks.de



## Table of Contents

Page

1    Purpose of this document..........................................................................................................3

2    TEAMworks the Company.........................................................................................................3

3    The Mission .................................................................................................................................4

4    Some Background to TEAMworks and TRIALink ...................................................................5

4.1    Business Achievements.............................................................................................................5

4.2    Strategic alliances.....................................................................................................................5

4.3    TRIALink $^\&$ Key Differentiators ...............................................................................................6

4.4    2Q2002 - Profile of TEAMworks US affiliate ..........................................................................7

5    TEAMworks Business Objectives & Strategy.......................................................................8

5.1    The Challenge ...........................................................................................................................8

5.2    TEAMworks Business Objectives.............................................................................................9

5.3    TEAMworks Business Strategy...............................................................................................11

6    TEAMworks Plan for Growth..................................................................................................12

6.1    Managed Investment...............................................................................................................13
6.1.1          Additional Resources in the US....................................................................................14
6.1.2          Corporate Management Development...........................................................................14
6.1.3          Process improvement....................................................................................................15
6.1.4          Infrastructure Upgrade ..................................................................................................15

7    Summary....................................................................................................................................16

TEAM
Copyright TEAMworks Communication Systems, 2002
HIGHLY CONFIDENTIAL - FOR STRICTLY INTERNAL USE
DO NOT COPY



# 1    Purpose of this document

This document is intended to provide an overview of the TEAMworks plan for growth over a period of 3 years, focusing specifically on growth in the US. It has been created with the intention of sharing key elements of the plan with ZymoGenetics.

# 2    TEAMworks the Company

**TEAMworks Communication Systems GmbH** was founded in 1997 in Hannover, Germany and is a privately owned company. All shareholders are fulltime directors of the company. TEAMworks Communication Systems GmbH is the developer and owner of the **intellectual property of the TRIALink® EDC/eCDM application** for electronic data capture, review, and reporting for clinical drug trials conducted by pharmaceutical, biotechnology, medical device companies. Supported by increasing customers demands and growth of business. TEAMworks developed from 1999 onwards into a "**small global**" **international group company** with **affiliates** in the **UK, US, Switzerland, Singapore** and **Australia** (incorporated, no active business yet). All affiliates are **100% subsidiaries** of the mother company, TEAMworks Communication Systems GmbH.

Today, TEAMworks have **52 full-time staff.** The highly committed TEAM has **extensive experiences** spanning **many years** and in leading

- **Pharmaceutical** industries
- **IT** industries
- **CRO** industries
- and other **Service Industries**

**TEAMworks** principal **offices** are located in:

- TEAMworks Communication Systems GmbH (Parent Company), Hannover/**Germany** - Management, Development, Technical Support.
- TEAMworks Clinical Services Ltd., **Guildford, UK** - Sales & Marketing, Technical & User Support, eCRO Services, Project Management.
- TEAMworks Clinical Services AG, **Basel, Switzerland** – Clinical Services & Project Management, Helpdesk.
- TEAMworks Information Systems Inc., **Mountain View, CA** – Sales & Marketing, User Support, Project Management.
- TEAMworks Information Systems Pte Ltd, **Singapore** – Development, Technical Support.



Copyright TEAMworks Communication Systems, 2002
HIGHLY CONFIDENTIAL - FOR STRICTLY INTERNAL USE
DO NOT COPY



- TEAMworks Clinical Services Pte Ltd, **Singapore** Sales & Marketing, Technical & User Support, eCRO Services, Project Management.
- TEAMworks Information Systems Inc, **Boston / MA, USA** - Marketing & Sales, User Support

All TEAMworks **affiliates** in the **UK, US, Switzerland, Singapore** and **Australia** (incorporated, no active business yet) are **100% subsidiaries** of the mother company, TEAMworks Communication Systems GmbH.

## 3      The Mission

TEAMworks' mission is to provide the **pharmaceutical, biotechnology,** and medical device industries, a full range of **EDC services** across **all phases of clinical research** on a global basis. The services will be seamlessly supported by TEAMworks cutting edge, but proven, e-**technologies** integrated into an e-business process.

Our goal by the end of 2004, is to become **one of the two premier providers** of IT-based clinical development solutions and services to companies engaged in pharmaceutical and biotechnology R&D, owning a **40-60% share** of the global EDC market.

In pursuit of our goal, we resolve to treat stakeholders, customers, and the community with respect for their pressing needs to transform the way the way that drugs are developed by introducing, expanding, and enhancing e-business technologies and processes. These groups see our company as providing the means to transform the clinical drug development environment by enabling the pharmaceutical industry to adopt today's technologies to speed the availability of tomorrow's drugs.

We strive for **TEAMworks** to become **globally known** for

- **Scalable, highly efficient, global service infrastructure** of highest quality and efficiency
- **Superior EDC/eCDM technology** (TRIALink® EDC/eCDM product)
- EDC/eCDM service, optionally integrated (focusing on Phase I/II) with **global** clinical eCRO services ("**follow the sun**" **24 hour services**) of highest quality (eCRO services)
- **EDC process competence** (TRIALink® Qualification Know-how Transfer Program, "**TQP**")
- Successful **Added-Value Partnerships** (TRIALink® Partnership For Excellence Business Alliance Program)



Copyright TEAMworks Communication Systems, 2002
HIGHLY CONFIDENTIAL - FOR STRICTLY INTERNAL USE
DO NOT COPY



# 4        Some Background to TEAMworks and TRIALink®

## 4.1        Business Achievements

TEAMworks began 4 years ago as a concept for the use of technology across a network linking physicians. The organization has developed into a company with a significant asset base represented by:

- Proven leading edge Technology
- Demonstrable organizational competences
- Proven e-business processes
- Geographic expansion – "small global" model
- Increasing customer demand
- Tangible industry credibility
- Profitability

## 4.2        Strategic alliances

TEAMworks has established a program ["TRIALink® Partnership for Excellence" (PFE) Program] to directly and indirectly elevate the scope, scale, quality and reach of TEAMworks' services by "linking" together multiple stakeholders and service providers with in the pharmaceutical, healthcare industry, e-business, IT industry, incl. scientific opinion leaders and academic organizations. The TRIALink® Partnership for Excellence Program is intended to add value and to strengthen TEAMworks position as an innovative leading force in the "e-clinical" arena.

This Strategic Alliance Program establishes and promotes a network of complementary, mutually synergistic competences and services of the highest quality synergistically supplementing TEAMworks' internal capabilities and capacities with experiences, know-how, resources and marketing power of other established market players. Cooperation target groups are:

- TEAMworks pharmaceutical and bio-technology customers
- CROs (international, national, local)



Copyright TEAMworks Communication Systems 2002
HIGHLY CONFIDENTIAL - FOR STRICTLY INTERNAL USE
DO NOT COPY

- IT manufacturer and service provider (e.g. MCI WorldCom, Fujitsu, Palm, etc.)

- Academic organizations

- Other "e-clinical" companies providing synergistic value (e.g. patient diary solutions, etc.)

The principle of PFE is that it allows multiple partners to contribute with their core competencies in a synergistic service framework. PFE Partners contribute with their expertise and themselves benefit from access to complementary and reinforcing synergies.

TEAMworks will support PFE Partners by providing them access to TEAMworks customers, technology and know-how, whereby the "TRIALink® Qualification Program" will play an important role in attracting such partners.

It is our hope that ZymoGenetics will participate in this Program.

<div style="float:right">**Formatted:** Bullets and Numbering</div>

## 4.3   TRIALink® Key Differentiators

To be successful in the highly competitive EDC marketplace, it is necessary that solutions are able to demonstrate key areas of advantage over comparable solutions. As of January 2002. The following list defines the key product and offering features that differentiate TRIALink® from all competition;

- **Proven Robustness and User Acceptance** - TRIALink® is actively in use in life clinical trials since almost 4 years and is proven robust and accepted by it users in more than 50 EDC trials in all clinical phases (Phase I to IV) with up to 11,000 patients per trial database and is being used by more than 1,700 registered users in 51 countries on all continents.

- **Turnkey approach** – the deployment, management, scaling and support are all turnkey in behavior. Lowering the impact on required technical resource, and, infrastructure is critical for EDC / eCOM scale up.

- **Complete Study Design Tool** – most vendors either sacrifice ease of use, or functionality in the provision of a tool for designing studies. Often it is required to develop components of the study out with the tool. For TRIALink® all Study Design work is carried within a single tool - TRIALink® ˢᵗᵘᵈʸᴰᵉˢⁱᵍⁿᵉʳ

- **Online/Offline/Hybrid** - TRIALink® provides a means to work either directly connected to the server, storing data centrally (online), locally – replicating data on demand or according to a scheduled (offline) or near real-time, where data is stored locally but also replicated at close to real-time speeds (hybrid). The deployment is identical regardless of approach.

- **Extensible** – Customers are looking for solutions that can be easily extended without becoming disconnected the standard product development. TRIALink®, in development, will offer this form of support with server based Enterprise Java Bean support enabling





modules to be 'plugged' in as required, sharing the scaleable architecture of the TRIALink® product as a whole.

## 4.4      2Q2002 - Profile of TEAMworks US affiliate

The current and future profiles of TEAMworks Clinical Services Inc., are described in the table below:

| Parent Company | Ownership | Location |
|---|---|---|
| TEAMworks Clinical Services Inc. | Parent Company (100%) | 28 State Street - Suite 1100 Boston, MA 02109-1775, US |
| **Current Staff :** | 2 | |
| | 1 | Manager US Operation |
| | 1 | Clinical Project Manager |
| **Current Profile :** | | |
| • Sales & Marketing US | | |
| • Support for TRIALink® EDC implementation Services mainly for European projects | | |
| **Future Profile :** | | |


Copyright TEAMworks Communication Systems 2002
HIGHLY CONFIDENTIAL - FOR STRICTLY INTERNAL USE
DO NOT COPY



- **Administration**

  Director US will manage the US operation as a profit center.

- **Marketing & Sales**

  Will have global responsibility for marketing. Will develop own customer base in US.

- **TQP**

  US headquarter for TRIALink® Know-How Transfer ("TRIALink® Qualification Program")

- **TRIALink® EDC Implementation Services**

  Will play within the TEAMworks global "follow the sun" EDC implementation plan a significant role as a service partner for these activities for own customers and for those of other TEAMworks affiliates (and vice versa).

- **Service & Support**

  Will provide clinical services and help desk services to EDC customers as part of the TEAMworks "follow the sun" service model.

# 5    TEAMworks Business Objectives & Strategy

## 5.1    The Challenge

The development of the marketplace in general and the feedback from our customers indicates that based on the pharmaceutical industry's EDC successes a significant number of companies will dramatically increase their EDC activities in the short and mid term (either on an outsource or an in source basis) to achieve demanding targets for reduced drug development times and increased cost and productivity efficiencies.

TEAMworks own EDC successes with a growing customer base and global presence, has not only seen TRIALink® used across 45 countries and all continents, but has also seen key clinical trial milestones and cost drivers significantly impacted to the benefit of our customers and this has driven our growth in revenue.


Copyright TEAMworks Communication Systems 2002
HIGHLY CONFIDENTIAL FOR STRICTLY INTERNAL USE
DO NOT COPY



Building on these successes it is foreseeable that customers already are and will continue to look for fully established organizations with the capability to not only provide superior technologies but also able to dedicate on a global basis a sufficient number of competent staff to support EDC technology.

In addition there is also a requirement to provide the requisite services to utilize the technology and to help global pharmaceutical companies to internalize the technology (know-how transfer).

Moreover based on the proven success of TRIALink® it is even more important to very dynamically further develop it in order to satisfy future demands for a fully integrated support system for decision making in the pharmaceutical development and registration process (i.e. an eCDM system, clinical data warehouse).

Managed growth without compromising quality in an extremely demanding and dynamically growing marketplace is the challenge that needs to be mastered to fully capitalize on the perspectives ahead.

## 5.2    TEAMworks Business Objectives

The table below documents the objectives TEAMworks targets to be achieved in the 3 year planning horizon to realize the projected organization and revenue growth objectives.

The major emphasis of our objectives is **building on success by further investment in the key assets of TEAMworks.**

This means preparing for a fundamental shift to scale-up existing project based processes to a level able to satisfy the demands of global customers for increased throughput capacity of TEAMworks trial implementation and support services knowledge and technology transfer and for partnership in EDC development strategies.



COPYRIGHT TEAMworks Communication Systems 2002
HIGHLY CONFIDENTIAL - FOR STRICTLY INTERNAL USE
DO NOT COPY