



| Within 6 Months<br>PREPARE FOR GROWTH | Within 12 Months<br>GROWTH | Within 24 Months<br>CONSOLIDATION | Within 36 Months<br>EXPANSION |
|---|---|---|---|
| • Increase industry awareness (I)<br>• Continue system development & differentiation [K] to support increased customer requirements<br>• Preparation for scale-up of TEAMworks (K) to meet increase market demands<br>• Establish Partnership program with key customers (K) in preparation for increased requirements.<br>• Seek strategic partners e.g. IT & CRO into implementation of growth strategy (K)<br>• Refine deployment model further (K)<br>• Invest in Helpdesk & Support facilities to increase capability (K)<br>• Fund growth-in key locations e.g. US (East and West Coast) staff, and internal infrastructure able to support scale increase in customer demand (K)<br>• Invest in further system & services development to move from a project focus to a scaleable process focus (K)<br>• Optimize pricing structure to support strategic programs and customer development e.g. Partnership & Qualification programs (K).<br>• Build on TEAMworks successes to date (K) | • Focus on specific projects e.g. 3rd party systems interface (Patient Diaries) (K)<br>• Expand further into PH II / III with eCRO services (K)<br>• Maximize capacity utilization of organization in scale-up (I)<br>• Start to capitalize on new investment in –locations, infrastructure, to widen support & distribution of TEAMworks systems & services (K)<br>• Continue investment in system & services development. (I)<br>• Adopt strong marketing stance (I)<br>• Optimize use of strategic partners' resources with TEAMworks scaled business model. (I)<br>• Moving to "manufacturing" mind set in regards key project, implementation and support processes<br>• New locations – Australia<br>• Introducing first release of the TRIALink® eCDM System to the market | • Selective investment in market share building software functionalities (K)<br>• Accentuate system differentiation (I)<br>• Maintain strong marketing stance (I)<br>• Pricing for accessibility (K)<br>• Targeted marketing (I)<br>• Continue to invest in system development (I)<br>• Capitalizing on previous investments in systems, staffing and infrastructure (I)<br>• Introducing advanced release of the TRIALink® eCDM Systems and first release of the TRIALink® Data Warehouse to the market | • New locations - Japan ? (not planned in detail yet)<br>• Introducing advanced release of the TRIALink® Data Warehouse to the market |



## 5.3    TEAMworks Business Strategy

The growth of the company relies on, leveraging assets that TEAMworks has already established. Revenues generated during the 4 years of operations have been used to fund creation of these assets.

Investment is planned in key components which will underpin accelerated market penetration of new and switch customers and guide transition from existing successful project based operations to scaleable robust global processes and structure; thereby reinforcing our existing customer portfolio.

Key components of our business strategy include:

     a.   Process Expansion

     b.   Consolidated Globalization

     c.   Organization Development

     d.   Infrastructure Upgrade

     e.   Continued Systems Development

     f.   Strategic Partners & Alliances

     g.   Strategic & Tactical Marketing

TEAMworks expansion is planned to be funded from 2 sources –

1. **Revenues** from customer projects

2. **Strategic Venture Capital investment**

The next sections outline the plan for the use of Venture Capital investment in respect of growth in the US.



Copyright TEAMworks Communication Systems 2002
HIGHLY CONFIDENTIAL - FOR STRICTLY INTERNAL USE
DO NOT COPY



## 6 TEAMworks Plan for Growth

TEAMworks requires venture capital investment for the purpose of funding our growth for the next year. Subject to market developments, it is realistic to achieve a cash flow positive stage by the end of year 1. TEAMworks may seek a 2nd venture capital funding by end of Year 1.

There is an increasing demand from large pharmaceutical companies for EDC vendors to have or make significantly more resources available for service delivery than EDC vendors currently are able to provide. It is difficult to predict to which extent the pharmaceutical industry (by nature conservative) is prepared to increase the number of trials to be conducted using EDC in the short term. TEAMworks is in close communication with its customers, and key players in this market to establish current and future customer resource requirements. However, as a contingency the need for an additional round of funding should regularly be reviewed in order to be prepared should the market not expand as quickly as indicated by our customers demands today. TEAMworks will closely monitor the resource needs and balance TEAMworks growth strategy (in particular the number of staff) against the actual market development. TEAMworks will make substantial efforts to encourage and drive the market players to expand their EDC commitment.

Copyright TEAMworks Communication Systems 2002
HIGHLY CONFIDENTIAL - FOR STRICTLY INTERNAL USE
DO NOT COPY

Through this investment **TEAMworks** plans to **increase** its **personnel** infrastructure ( * all numbers are cumulative numbers referring to current status):

| **Area of activity** | **Year 1** | **Year 2** | **Year 3** |
|---|---|---|---|
| Sales & Marketing | 4 * additional FTEs | 7 * additional FTEs | 14 * additional FTEs |
| | * 200% increase | * 350% increase | * 700% increase |
| IT Development * | 12 additional FTEs | 21 additional FTEs | 29 additional FTEs |
| | 150% increase | 253% increase | 363% increase |
| GA * | 7 additional FTEs | 11 additional FTEs | 18 additional FTEs |
| | 700% increase | 1100% increase | 1800% increase |
| Clinical & EDC Services, Data Management * | 32 additional FTEs | 55 additional FTEs | 142 additional FTEs |
| | 250% increase | 450% increase | 1150% increase |
| Process improvement / TQP * | 3 additional FTEs | 14 additional FTEs | 33 additional FTEs |
| | 150% increase | 700% increase | 1650% increase |
| Other * | 6 additional FTEs | 9 additional FTEs | 10 additional FTEs |
| TOTAL NEW personnel planned * | 64 additional FTEs | 116 additional FTEs | 10 additional FTEs |
| TOTAL personnel (INCL. CURRENT: 51) * | 115 total FTEs | 167 total FTEs | 246 total FTEs |
| | 225% increase | 327% increase | 582% increase |

This investment will allow an **increase** in the current **resource availability** for **billable service delivery** for clinical and EDC services and will result in increased revenue.

## 6.1 Managed Investment

TEAMworks expects to close an agreement for the first round of Venture Capital investment in the very short term future. Components of this investment that might directly affect ZymoGenetics are described below. This is a critical time for these discussions, however, we would be pleased to put ZymoGenetics in contact with the Venture Capital organization once agreement has been reached.

Copyright TEAMworks Communication Systems 2002
HIGHLY CONFIDENTIAL FOR STRICTLY INTERNAL USE
DO NOT COPY



The following sections describe elements of the TEAMworks investment plan.

### 6.1.1 Additional Resources in the US

The largest existing need in TEAMworks' globalization model is the US operations, which in relation to market potential and proximity to existing customers is underdeveloped. Existing locations i.e. Hannover, UK, Switzerland and Singapore also require further development The table below details the plan for the US Affiliate only.

| Resources | Year 1 | Year 2 | Year 3 |
|---|---|---|---|
| | FTEs | FTEs | FTEs |
| USA | | | |
| Managing Director | 1 | 1 | 1 |
| Secretary | 1 | 1 | 1 |
| IT Ops | 0 | 2 | 3 |
| Data Manager | 4 | 8 | 20 |
| Tester | 2 | 4 | 10 |
| Project Manager | 2 | 4 | 10 |
| Service & Support Manager | 1 | 2 | 5 |
| Local GC Manager | 1 | 1 | 2 |
| Local TQP Manager | 1 | 2 | 5 |
| Director Marketing (see "Marketing") | 1 | 1 | 1 |
| Sales Manager (see "Marketing") | 1 | 3 | 5 |
| TQP Manager (see "TQP") | 1 | 3 | 5 |
| **Total Personnel Respective Year** | 16 | 32 | 68 |

### 6.1.2 Corporate Management Development

The population of enlarged teams consequent to process expansion and consolidated globalization will need to be identified, recruited, trained and "qualified" in order to become effective contributors within TEAMworks.

Management of human resources, finance control, IT operations and quality assurance / control will need to become a global activity for the company and the focus of dedicated resource to ensure that performance of our organization is not compromised during the next phases of corporate growth.

The table below shows the planned resource requirement for TEAMworks corporate development:

© Copyright TEAMworks Communication Systems 2002
HIGHLY CONFIDENTIAL - FOR STRICTLY INTERNAL USE
DO NOT COPY

| .ate Resources | Year 1 FTEs | Year 1 FTEs | Year 1 FTEs |
|---|---|---|---|
| .ance manager | 1 | 1 | 1 |
| Personal Assistant | 1 | 1 | 1 |
| Director QA | 1 | 1 | 1 |
| Corporate QC Manager (Clinical) | 1 | 3 | 4 |
| Corporate QC Manager (IT) | 1 | 2 | 2 |
| Corporate IT Operations Manager, Singapore | 1 | 1 | 2 |
| Corporate IT Operations Manager, Germany | 0 | 1 | 2 |
| Human resource | 1 | 1 | 1 |
| **Total Personnel Respective Year** | 7 | 11 | 14 |

### 6.1.3 Process improvement

Project based processes will be converted into production capacity processes. The TRIALink® Qualification Program (TQP) is the backbone of this initiative. Funding for expanded teams of trainers and consultants and production of training materials and online training environments ("e-Room") will enable this progression without sacrificing today's revenue generating business. TQP Consultants will be specially trained TRIALink specialists (IT and clinical operations) ensuring a professional and efficient know-how transfer to the expanding staff during TEAMworks growth phase. In addition to internal training and qualification TQP consultants will progressively provide know-how transfer services to customers. The following details investment:

### 6.1.4 Infrastructure Upgrade

The networking and applications infrastructure must be upgraded to support TEAMworks 'virtual' teams in global locations. This includes team members from customers' own organizations who need to share processes and applications. The planned network will link these diverse players in an extended process to maximize the customers' "added value" of real time clinical trial and logistics data capture. Investment in both hard and software to service team working in this way is vital. Newly opened offices have to be equipped.

Copyright TEAMworks Communication Systems 2002
HIGHLY CONFIDENTIAL - FOR STRICTLY INTERNAL USE
DO NOT COPY





## 7 Summary

TEAMworks realizes that managing and preparing for significant company growth is the major challenge which needs to be addressed. TEAMworks plan a strategy of further development of the TEAMworks internal capabilities together with the establishment of partnerships with third parties to extend the service profile, resource capacities, global presence and competencies.

Copyright TEAMworks Communication Systems 2002
Highly Confidential - For strictly internal use
Do not copy

EXHIBIT D

1

TEAM
Agenda
Introduction to TEAMworks
TRIALink Technology
TRIALink Workflow
TRIALink Demonstration
TRIALink Investigator
TRIALink Monitor
Questions and Answers

TEAMworks' Main Locations
TEAM
North America
Central Europe
SE Asia
Staffing - 55 FTEs plus Contractors

TEAM
W
MDS Pharma Services
Montreal
20 March 2002
Brent Cliveden

TEAM
W

## Objective for the Meeting

Provide MDS Pharma Services with an overview demonstration of TRIALink, in order to prepare for the J&J PRD study in early summer 2002.



2



TEAMworks , Providing Ultimate Solutions
by Rendering Professional Services.
TEAMworks
CLINICAL SOLUTIONS
Providing Ultimate
SOLUTIONS
THE DreamTEAM
Terms & Conditions For Use
Privacy Statement
Home
webmaster@go-teamworks.com
Copyrights 2004. TEAMworks Clinical Solutions.
replay
intro

TEAMworks Global 24*5 Organization



GLOBAL RESEARCH

THE DreamTEAM

Terms & Conditions For Use    Privacy Statement    Home   webmaster@go-teamworks.com

Copyrights 2004. TEAMworks Clinical Solutions.

TEAMworks Global 24*5 Organization
Job Opportunities
Contact TEAMworks
TEAMworks Partners
TEAMplace
News
United States
Terms & Conditions For Use
Privacy Statement
Home
webmaster@go-teamworks.com
Copyrights 2004. TEAMworks Clinical Solutions.
replay
intro

TEAMworks Global 24*5 Organization
Job Opportunities
Contact TEAMworks
TEAMworks Partners
TEAMplace
News
Singapore
Terms & Conditions For Use Privacy Statement Home webmaster@go-teamworks.com
Copyrights 2004. TEAMworks Clinical Solutions.
replay intro

TEAMworks Global 24*5 Organization
About TEAMworks
Job Opportunities
Contact TEAMworks
TEAMworks Partners
TEAMworks
CLINICAL SOLUTIONS
TEAMplace
News
Switzerland
Terms & Conditions For Use
Privacy Statement
Home
webmaster@go-teamworks.com
Copyrights 2004. TEAMworks Clinical Solutions.
replay
intro

TEAMworks Global 24*5 Organization
Job Opportunities
Contact TEAMworks
TEAMworks Partners
TEAMplace
News
United Kingdom
Terms & Conditions For Use
Privacy Statement
Home
webmaster@go-teamworks.com
Copyrights 2004. TEAMworks Clinical Solutions.
replay intro

TEAMworks Global 24*5 Organization
Job Opportunities
Contact TEAMworks
TEAMworks Partners
TEAMplace
News
BUSINESS ETHICS
Terms & Conditions For Use
Privacy Statement
Home
webmaster@go-teamworks.com
Copyrights 2004. TEAMworks Clinical Solutions.
replay
intro

TEAMworks' Solutions and Products
EDC/eCDM Solution
TRIALink ASP Solutions
TRIALink Qualification Program (TQP)
TRIALink Case Studies
TRIALink FAQ's
TRIAL
Providing Ultimate
SOLUTIONS
Terms & Conditions For Use
Privacy Statement
Home
webmaster@go-teamworks.com
Copyrights 2004. TEAMworks Clinical Solutions.
replay
intro

EAMworks "One-Stop-Shop" Services
ASP
Knowhow Tr... fer (TQP) Service
Hosting Serv...
TEAMworks Helpdesk
TEAMworks Support Center
TEAMworks Training Center
Rendering Professional SERVICES
Terms & Conditions For Use Privacy Statement Home webmaster@go-teamworks.com
Copyrights 2004. TEAMworks Clinical Solutions.
replay intro

EAMworks "One-Stop-Shop" Services
Knowhow ... (TQP) Service
TEAMworks Support Center
TEAMworks Training Center
Terms & Conditions For Use
Privacy Statement
Home
webmaster@go-teamworks.com
Copyrights 2004. TEAMworks Clinical Solutions.
replay
intro

tw_about[1].txt

```
<!DOCTYPE html PUBLIC "-//W3C//DTD XHTML 1.0 Transitional//EN"
"http://www.w3.org/TR/xhtml1/DTD/xhtml1-transitional.dtd">
<html xmlns="http://www.w3.org/1999/xhtml" xml:lang="en" lang="en">
<head>
<meta http-equiv="Content-Type" content="text/html; charset=iso-8859-1" />
<title>:: TEAMWorks Clinical Solutions ::</title>
<style type="text/css">
<!--
body {
        background-image: url(lightbg.jpg);
        margin-top: 6px;
}
-->
</style></head>
<body bgcolor="#ffffff">
<!--url's used in the movie-->
<!--text used in the movie-->
<!--
<p align="left"><font face="verdana" size="11" color="#000000">TEAMworks</font></p>
<p align="left"><font face="verdana" size="11" color="#000000">Solutions</font></p>
<p align="left"><font face="verdana" size="11" color="#000000">Services</font></p>
<p align="left"><font face="verdana" size="10" color="#333333">copyrights 2004.
TEAMWorks communication systems. All Rightsds Reserved</font></p>
-->
<table width="905" height="573" border="1" align="center" cellpadding="0"
cellspacing="0" bordercolor="#666666">
  <tr>
    <th scope="col"><div align="left">
      <object classid="clsid:d27cdb6e-ae6d-11cf-96b8-444553540000"
codebase="http://download.macromedia.com/pub/shockwave/cabs/flash/swflash.cab#versi
on=7,0,0,0" width="905" height="573" align="middle">
        <param name="allowScriptAccess" value="sameDomain" />
        <param name="movie" value="tw_about.swf" />
        <param name="quality" value="high" />
        <param name="bgcolor" value="#ffffff" />
        <embed src="tw_about.swf" quality="high" bgcolor="#ffffff" width="905"
height="573" align="middle" allowscriptaccess="sameDomain"
type="application/x-shockwave-flash"
pluginspage="http://www.macromedia.com/go/getflashplayer" /></embed>
      </object>
    </div></th>
  </tr>
</table>
</body>
</html>
```

EXHIBIT E