werden.

**HRB 56615, 24. 5. 2004, TEAMworks Communication Systems, Gesellschaft für vernetzte Dokumentations- und Kommunikationslösungen mbH,** Hannover (Hannoversche Str. 149). Die Gesellschafterversammlung vom 31. 3. 2004 hat die Änderung des Gesellschaftsvertrages in §§ 1 (Firma) und 3 (Gegenstand des Unternehmens) beschlossen. Neuer Gegenstand: Dienstleistungen zur Durchführung klinischer Studien. Die Firma ist geändert in CDM Clinical Data Management Deutschland GmbH.

**HRB 57331, 24. 5. 2004, Deutsche Kautionsversicherung für die Bauwirtschaft Aktiengesellschaft (DKB AG),** Hannover (Constantinstr. 40). Gesamtprokurist: Bernd Baur, geb. am 29. 9. 1957, Rödermark. Er vertritt gemeinsam mit einem Vorstandsmitglied.

TEAMworks Communication Systems, Gesellschaft fuer vernetzte Documentations- und Kommunicationsloesungen mbH, Hannover. Die Gesellschafterversammlung vom 31 March 2004 hat die Aenderung des Gesellschaftsvertrages in §§ 1 (Firma) und 3 (Gegenstand des Unternehmens) beschlossen. Neuer Gegenstand: Dienstleistungen zur Durchfuehrung klinischer Studien. Die Firma ist geaendert in CDM Clinical Data Management Deutschland GmbH.

TEAMworks Communication Systems, company for networked documentation and communication solutions Ltd, Hanover. The company/partners meeting has decided the changes of the articles of assocation in sections 1 (company) and 3 (the subject/articles of the enterprise) from 31 March 2004 . The new subject/article of the company: Services for the execution of clinical studies. The company's name is changed to CDM Clinical DATA Management Germany GmbH.

**EXHIBIT 1**

**JPB Cliveden**

| | |
|---|---|
| **From:** | Dr. Thomas Heina [t.heina@teamworks.de] |
| **Sent:** | Monday, 10 December 2001 13:21 |
| **To:** | bcliveden@teamworks.de |
| **Subject:** | Lawyer Boston |
| **Importance:** | High |

Hi Brent.

I consider seriously to register TEAMworks Clinical Services Corp. in Boston ASAP (also to establish formal contracts between you and TEAMworks which is overdue since (too) long).

Could you provide me the contact details of a suitable form to whom I could talk this week already to meet with them on Monday/Tuesaday next week while I am in Boston.

Possible ?

Thanks

Tom

MINTZ, LEVIN, COHN, FERRIS, GLOVSKY and POPEO
One Financial Center
Boston, Massachusetts 02111

February 10, 2002
24660-001
Invoice # 8206395

_B CLIVEDEN, VP
_EAMWORKS COMMUNICATIONS SYSTEMS GMGH
_ STATE STREET, SUITE 1100
_OSTON, MA 02109

---

_or Professional Services Rendered Through January 31, 2002
_ncluding, but not limited to, the following:

⌒: **GENERAL**

| | | |
|---|---|---|
| /13/01 R DUGGAN | 1.20 | Conf. B. Cliveden; Tel. call T. Heina; Begin incorporation process; Conf. MDeVito |
| 01/02/02 R DUGGAN | .40 | Misc. re: incorporation |
| 01/03/00 R DUGGAN | 1.60 | Conf. MDevito re: incorporation; Corres. T. Heina re: incorporation and bank account; Review drafts of incorporation documents; Corres. T. Heina re: the same |
| 01/03/02 M DEVITO | 2.60 | Reviewed MA and DE name reservation requests re: TEAMworks Clinical Services, Inc. Met with R. Duggan and reviewed corporate information. Prepared DE incorporation documents and MA Foreign Corporation Certificate. Prepared IRS Forms SS-4 and 2848. Submitted request for information to Atty. Provided DE, MA and IRS documents to Atty. |
| _/04/02 R DUGGAN | .50 | Corres. B. Cliveden re: incorporation documents and SS-4; Conf. MDevito |
| 01/04/02 M DEVITO | .80 | Met with R. Duggan. Sent IRS Form SS-4 to B. Clifden via fax. Contacted B. Clifden and reviewed same. Resubmitted IRS Form SS-4 to B. Clifden. Provided update to R. Duggan. |
| 01/07/02 R DUGGAN | .20 | Memo to BGault re: adapt employment agreement to U.S. law adn practice; Misc. re: incorporation |
| 01/08/02 C WIESENHAHN | .20 | Review employment agreement. |

Mintz, Levin, Cohn, Ferris, Glovsky, and Popeo, P.C.
One Financial Center
Boston, Massachusetts 02111

617 542 6000
617 542 2241 fax

Geri L. Haight
Attorney

Direct dial 617 348 1675
gihaight@mintz.com

January 3, 2002

Mr. JPB Cliveden
Vice President and General Manager
TEAMworks Information Systems
28 State Street, Ste. 1100
Boston, MA 02109

Re:  Engagement of Mintz Levin as Legal Counsel

Dear Brent:

We are very pleased that you have engaged Mintz Levin as legal counsel and we look forward to working with you as we commit ourselves to a successful and effective relationship.

This engagement letter and the enclosed engagement documents are intended to provide TEAMworks Communications Systems GmbH ("TEAMworks") and Mintz Levin the clarity and protection that a carefully articulated agreement provides. The engagement documents are a formal way to (1) ensure that our representation adheres to the rules of professional responsibility that all licensed attorneys are obligated to uphold, (2) describe the scope of Mintz Levin's obligations to TEAMworks and (3) delineate the terms of representation to which TEAMworks agrees.

Mintz Levin has long placed client satisfaction as a paramount goal of its practice, and always has recognized that client satisfaction depends both on the quality of the Firm's legal work and, as important, on strong relationships built on mutual respect and good will. This engagement letter and the enclosed engagement documents are a direct reflection of that commitment.

As legal counsel for TEAMworks, the Firm will assist TEAMworks in establishing and operating a subsidiary in the United States. This work will include, among other things, preparing incorporation documents, to review and comment upon a proposed form of executive employment agreement, to review and prepare a short standard offer letter for staff employees and to explore preliminarily the registration of the corporate logo.

Terms of the Mintz Levin Engagement. This engagement letter, together with the enclosed Engagement Memorandum to Mintz Levin Clients and the Firm's Disbursement and Expense Policy, both of which are incorporated herein by reference, describe the terms of Mintz

*Boston  New York  Reston  Washington  New Haven*

Mr. JPB Cliveden
January 3, 2002
Page 2

Levin's engagement. Among other things, these documents explain the Firm's billing arrangements and procedures, discuss staffing, request an advance conflict of interest waiver and explain the respective responsibilities of Mintz Levin and our Clients with regard to the Firm's engagement. Please read these enclosures carefully, and call me to discuss any questions that you may have. Execution and return of the engagement letter to us will signify Client agreement to the provisions of this engagement letter, the Disbursement and Expense Policy and the Engagement Memorandum.

Mintz Levin is very pleased to have the opportunity for this representation, and we look forward to working with you. If the terms of engagement described in this letter, the Engagement Memorandum and the Disbursement and Expense Policy are satisfactory, please sign and date the enclosed duplicate original of this engagement letter and return it to me as soon as possible. The other original of this letter is for your files.

Please do not hesitate to contact me at any point throughout the engagement with any questions or uncertainties you wish to discuss. We very much appreciate the opportunity to represent you in connection with establishing and operating a TEAMworks subsidiary in the United States. and we thank you.

Very truly yours,

Geri L. Haight

Accepted and Agreed:

_____

JPB Cliveden

cc:    Robert Duggan. Esq.
Enclosures (3): Duplicate engagement letter to be signed and returned to Mintz Levin;
              Engagement Memorandum to Clients: and
              Disbursement and Expense Policy

Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.
One Financial Center
Boston, Massachusetts 02111

617 542 6000
617 542 2241 fax

Geri L. Haight
Attorney

Direct dial 617 348 1675
gihaight@mintz.com

January 3, 2002

Mr. JPB Cliveden
Vice President and General Manager
TEAMworks Information Systems
28 State Street, Ste. 1100
Boston, MA 02109

Re:  Engagement of Mintz Levin as Legal Counsel

Dear Brent:

We are very pleased that you have engaged Mintz Levin as legal counsel and we look forward to working with you as we commit ourselves to a successful and effective relationship.

This engagement letter and the enclosed engagement documents are intended to provide TEAMworks Communications Systems GmbH ("TEAMworks") and Mintz Levin the clarity and protection that a carefully articulated agreement provides. The engagement documents are a formal way to (1) ensure that our representation adheres to the rules of professional responsibility that all licensed attorneys are obligated to uphold, (2) describe the scope of Mintz Levin's obligations to TEAMworks and (3) delineate the terms of representation to which TEAMworks agrees.

Mintz Levin has long placed client satisfaction as a paramount goal of its practice, and always has recognized that client satisfaction depends both on the quality of the Firm's legal work and, as important, on strong relationships built on mutual respect and good will. This engagement letter and the enclosed engagement documents are a direct reflection of that commitment.

As legal counsel for TEAMworks, the Firm will assist TEAMworks in establishing and operating a subsidiary in the United States. This work will include, among other things, preparing incorporation documents, to review and comment upon a proposed form of executive employment agreement, to review and prepare a short standard offer letter for staff employees and to explore preliminarily the registration of the corporate logo.

Terms of the Mintz Levin Engagement. This engagement letter, together with the enclosed Engagement Memorandum to Mintz Levin Clients and the Firm's Disbursement and Expense Policy, both of which are incorporated herein by reference, describe the terms of Mintz

*Boston  New York  Reston  Washington  New Haven*

Mr. JPB Cliveden
January 3, 2002
Page 2

Levin's engagement. Among other things, these documents explain the Firm's billing arrangements and procedures, discuss staffing, request an advance conflict of interest waiver and explain the respective responsibilities of Mintz Levin and our Clients with regard to the Firm's engagement. Please read these enclosures carefully, and call me to discuss any questions that you may have. Execution and return of the engagement letter to us will signify Client agreement to the provisions of this engagement letter, the Disbursement and Expense Policy and the Engagement Memorandum.

Mintz Levin is very pleased to have the opportunity for this representation, and we look forward to working with you. If the terms of engagement described in this letter, the Engagement Memorandum and the Disbursement and Expense Policy are satisfactory, please sign and date the enclosed duplicate original of this engagement letter and return it to me as soon as possible. The other original of this letter is for your files.

Please do not hesitate to contact me at any point throughout the engagement with any questions or uncertainties you wish to discuss. We very much appreciate the opportunity to represent you in connection with establishing and operating a TEAMworks subsidiary in the United States, and we thank you.

Very truly yours,

Geri L. Haight

Accepted and Agreed:

_____
JPB Cliveden

cc:    Robert Duggan, Esq.
Enclosures (3): Duplicate engagement letter to be signed and returned to Mintz Levin;
               Engagement Memorandum to Clients; and
               Disbursement and Expense Policy

LIT 1308456v1

**EXHIBIT G**

ACCOUNTING AND CORPORATE REGULATORY AUTHORITY
(ACRA)

**bizFILE**

**INFORMATION RESOURCES**

WHILST EVERY ENDEAVOUR IS MADE TO ENSURE THAT INFORMATION PROVIDED IS UPDATED & CORRECT. THE AUTHORITY DISCLAIMS ANY LIABILITY FOR ANY DAMAGE OR LOSS THAT MAY BE CAUSED AS A RESULT OF ANY ERROR OR OMISSION.

Page 1 of 3

Business Profile (Company) of 200312843Z

**The Following Are The Brief Particulars of :**

| | |
|---|---|
| Registration No. : | 200312843Z |
| Company Name : | TEAMWORKS CLINICAL SOLUTIONS PRIVATE LIMITED |
| Former Name if any : | |
| Incorporation Date : | 16/12/2003 |
| Company Type : | LIMITED EXEMPT PRIVATE COMPANY |
| Status | LIVE COMPANY |
| Status Date : | 16/12/2003 |

**Principal Activity (IES)**

| | |
|---|---|
| Activities (I) : | 72201 |
| Description : | DEVELOPMENT OF E-COMMERCE APPLICATIONS |
| Activities (II) : | 72120 |
| Description : | SOFTWARE CONSULTANCY |

**Capital**

| Authorised | V/Share | Currency | Share Type |
|---|---|---|---|
| 200,000.0000 | 1.000000 | SINGAPORE DOLLAR | |

| Issued | V/Share | Currency | Share Type |
|---|---|---|---|
| 140,000.0000 | 1.000000 | SINGAPORE DOLLAR | ORDINARY |

| Paid-Up | V/Share | Currency | Share Type |
|---|---|---|---|
| 140,000.0000 | 1.000000 | SINGAPORE DOLLAR | ORDINARY |

| | |
|---|---|
| Registered Office Address : | 999G SERANGOON ROAD SINGAPORE (328161) |
| Date of Address | 27/08/2004 |
| Date of Last AGM | |
| Date of Last AR | |
| Date of A/C Laid at Last AGM | |
| Date of Lodgment of AR, A/C | |

**Audit Firms**

**NAME**

ACCOUNTING AND CORPORATE REGULATORY AUTHORITY
(ACRA)



**INFORMATION RESOURCES**

WHILST EVERY ENDEAVOUR IS MADE TO ENSURE THAT INFORMATION PROVIDED IS UPDATED & CORRECT. THE AUTHORITY DISCLAIMS ANY LIABILITY FOR ANY DAMAGE OR LOSS THAT MAY BE CAUSED AS A RESULT OF ANY ERROR OR OMISSION.

Page 2 of 3

Business Profile (Company) of 200312843Z

**Charges**

| Charge No. | Date Registered | Amount Secured | Charges(s) |
|---|---|---|---|

**Officers/Agents**

| Name | ID | Nationality | Source of Address | Date of Appointment |
|---|---|---|---|---|
| Address | | Position Held | | |
| HIGGINS ANNA CATHERINE | 202135583 | BRITISH, UNITED KINGDOM | RCB | 14/10/2004 |
| | | DIRECTOR | | |
| 369 HOLLAND ROAD #12-01 ALLSWORTH PARK SINGAPORE (278640) | | | | |
| DR THOMAS HEINA | G5722407Q | GERMAN | RCB | 26/01 2004 |
| | | DIRECTOR | | |
| 369 HOLLAND ROAD #12-01 ALLSWORTH PARK SINGAPORE (278640) | | | | |
| KOH KOK ONG | S7119915J | SINGAPOREAN | OSCAR | 16/12 2003 |
| | | SECRETARY | | |
| 653 SENJA LINK #07-26 SINGAPORE (670653) | | | | |

**Shareholder (s)**

| | Name | ID | Nationality/Place of incorporation/Origin | Source of Address | Address Changed |
|---|---|---|---|---|---|
| | Address | | | | |
| 1 | HIGGINS ANNA CATHERINE | 202135583 | BRITISH, UNITED KINGDOM | RCB | 08 11/2004 |
| | 369 HOLLAND ROAD #12-01 ALLSWORTH PARK SINGAPORE (278640) | | | | |

| Ordinary | V/Share | Currency |
|---|---|---|
| 1.00 | 1.000000 | SINGAPORE DOLLAR |

| | Name | ID | Nationality/Place of incorporation/Origin | Source of Address | Address Changed |
|---|---|---|---|---|---|
| 2 | DR THOMAS HEINA | G5722407Q | GERMAN | RCB | 23 02/2004 |
| | 369 HOLLAND ROAD #12-01 ALLSWORTH PARK SINGAPORE (278640) | | | | |

| Ordinary | V/Share | Currency |
|---|---|---|

ACCOUNTING AND CORPORATE REGULATORY AUTHORITY
(ACRA)



**INFORMATION RESOURCES**

WHILST EVERY ENDEAVOUR IS MADE TO ENSURE THAT INFORMATION PROVIDED IS UPDATED & CORRECT. THE AUTHORITY DISCLAIMS ANY LIABILITY FOR ANY DAMAGE OR LOSS THAT MAY BE CAUSED AS A RESULT OF ANY ERROR OR OMISSION.

Page 3 of 3

Business Profile (Company) of 200312843Z

| Shareholder(s) Name Address | | ID | | Nationality/Place of Incorporation/Origin | Source of Address | Address Changed |
|---|---|---|---|---|---|---|
| 139,999.00 | 1.000000 | | | SINGAPORE DOLLAR | | |

**Outstanding Complaints on Company or Directors**

**Abbreviation**

UL - Local Entity not registered with RCB

UF - Foreign Entity not registered with RCB

V/Share - Value Per Share

AR - Annual Return

AGM - Annual General Meeting

A/C - Accounts

PLEASE NOTE THAT INFORMATION HEREIN CONTAINED IS EXTRACTED FROM FORMS/TRANSACTIONS FILE WITH THE AUTHORITY

FOR REGISTRAR OF COMPANIES AND BUSINESSES
SINGAPORE

RECEIPT NO.    : ACR0000001028598

DATE            : 20/12/2004

This is computer generated. Hence no signature required.

ACCOUNTING AND CORPORATE REGULATORY AUTHORITY
(ACRA)

**bizFILE**

**INFORMATION RESOURCES**

WHILST EVERY ENDEAVOUR IS MADE TO ENSURE THAT INFORMATION PROVIDED IS UPDATED & CORRECT. THE AUTHORITY DISCLAIMS ANY LIABILITY FOR ANY DAMAGE OR LOSS THAT MAY BE CAUSED AS A RESULT OF ANY ERROR OR OMISSION.

**Business Profile (Company) of 200003632N**

**The Following Are The Brief Particulars of :**

| | |
|---|---|
| Registration No. | : 200003632N |
| Company Name : | : TEAMWORKS CLINICAL SERVICES PTE LTD(w.e.f. 20/01/2001) |
| Former Name if any : | : DATA ASSOCIATES (S) PTE LTD |
| Incorporation Date | : 27/04/2000 |
| Company Type : | : LIMITED EXEMPT PRIVATE COMPANY |
| Status : | : LIVE COMPANY |
| Status Date | : 27/04/2000 |

**Principal Activity (IES)**

| | |
|---|---|
| Activities (I) | : 72201 |
| Description | : DEVELOPMENT OF E-COMMERCE APPLICATIONS |
| Activities (II) : | : 72120 |
| Description : | : SOFTWARE CONSULTANCY |

**Capital**

| | V/Share | Currency | | Share Type |
|---|---|---|---|---|
| **Authorised** | | | | |
| 100,000.0000 | 1.000000 | SINGAPORE DOLLAR | | |
| **Issued** | **V/Share** | **Currency** | | Share Type |
| | | SINGAPORE DOLLAR | | ORDINARY |
| 2.0000 | 1.000000 | | | |
| **Paid-Up** | **V/Share** | **Currency** | | Share Type |
| | | SINGAPORE DOLLAR | | ORDINARY |
| 2.0000 | 1.000000 | | | |

| | |
|---|---|
| Registered Office Address : | : 999G SERANGOON ROAD SINGAPORE (328161) |
| Date of Address | : 27/08/2004 |
| Date of Last AGM | : 18/03/2004 |
| Date of Last AR | : 19/03/2004 |
| Date of A/C Laid at Last AGM | : 31/12/2002 |
| Date of Lodgment of AR, A/C | : 19/03/2004 |

**Audit Firms**

**NAME**
F M KOK & CO

ACCOUNTING AND CORPORATE REGULATORY AUTHORITY
(ACRA)



**INFORMATION RESOURCES**

WHILST EVERY ENDEAVOUR IS MADE TO ENSURE THAT INFORMATION PROVIDED IS UPDATED & CORRECT. THE AUTHORITY DISCLAIMS ANY LIABILITY FOR ANY DAMAGE OR LOSS THAT MAY BE CAUSED AS A RESULT OF ANY ERROR OR OMISSION.

Business Profile (Company) of 200003632N

**Charges**

| Charge No. | Date Registered | Amount Secured | Charge(s) |
|------------|-----------------|----------------|-----------|
|            |                 |                |           |

**Officers/Agents**

| Name<br>Address | ID | Nationality<br>Position Held | Source of Address | Date of Appointment |
|-----------------|-----|------------------------------|-------------------|---------------------|
| HIGGINS ANNA CATHERINE<br><br>369 HOLLAND ROAD<br>#12-01<br>ALLSWORTH PARK<br>SINGAPORE (278640) | 202135583 | BRITISH, UNITED KINGDOM<br>DIRECTOR | RCB | 28/10/2003 |
| DR THOMAS HEINA<br><br>369 HOLLAND ROAD<br>#12-01<br>ALLSWORTH PARK<br>SINGAPORE (278640) | G5722407Q | GERMAN<br>DIRECTOR | RCB | 06/07/2000 |
| CHIN YOKE LAN FRANCIS<br><br>39 HINDHEDE WALK<br>#07-02<br>SINGAPORE (587971) | S1245198I | SINGAPOREAN<br>SECRETARY | RCB | 27/04/2000 |

**Shareholder (s)**

| | Name<br>Address | ID | Nationality/Place of incorporation/Origin | Source of Address | Address Changed |
|---|-----------------|-----|-------------------------------------------|-------------------|-----------------|
| 1 | TEAMWORKS COMMUNICATION SYSTEMS<br>GESELLSCHAFT FUR VERNETZTC DOKUMENTATIONS-UND KOMMUNIKATIONS-LOSUNGEN MBH | UF34224W | | | |

| Ordinary | V/Share | Currency |
|----------|---------|----------|
| 2.00 | 1.000000 | SINGAPORE DOLLAR |

**Outstanding Complaints on Company or Directors**

ACCOUNTING AND CORPORATE REGULATORY AUTHORITY
(ACRA)

**biz**FILE

**INFORMATION RESOURCES**

WHILST EVERY ENDEAVOUR IS MADE TO ENSURE THAT INFORMATION PROVIDED IS UPDATED & CORRECT. THE AUTHORITY DISCLAIMS ANY LIABILITY FOR ANY DAMAGE OR LOSS THAT MAY BE CAUSED AS A RESULT OF ANY ERROR OR OMISSION.

Page 1 of 3

**Business Profile (Company) of 200002347C**

**The Following Are The Brief Particulars of :**

| | |
|---|---|
| Registration No. : | 200002347C |
| Company Name. : | TEAMWORKS INFORMATION SYSTEMS PTE LTD |
| Former Name if any : | |
| Incorporation Date : | 22/03/2000 |
| Company Type : | LIMITED PRIVATE COMPANY |
| Status : | LIVE COMPANY |
| Status Date : | 22/03/2000 |

**Principal Activity (IES)**

| | |
|---|---|
| Activities (I) : | 64221 |
| Description : | IMPLEMENTATION OF AND SERVICES FOR INTERNET BASED SOFTWARE SOLUTIONS |
| Activities (II) : | |
| Description : | |

**Capital**

| | V/Share | Currency | | Share Type |
|---|---|---|---|---|
| **Authorised** | | | | |
| 100,000.0000 | 1.000000 | SINGAPORE DOLLAR | | |
| **Issued** | **V/Share** | **Currency** | | **Share Type** |
| 100,000.0000 | 1.000000 | SINGAPORE DOLLAR | | ORDINARY |
| **Paid-Up** | **V/Share** | **Currency** | | **Share Type** |
| 100,000.0000 | 1.000000 | SINGAPORE DOLLAR | | ORDINARY |

| | |
|---|---|
| Registered Office Address | 999G SERANGOON ROAD SINGAPORE (328161) |
| Date of Address : | 27/08/2004 |
| Date of Last AGM : | 10/04/2004 |
| Date of Last AR : | 28/04/2004 |
| Date of A/C Laid at Last AGM : | 31/12/2002 |
| Date of Lodgment of AR, A/C : | 29/04/2004 |

**Audit Firms**

**NAME**

F M KOK & CO

ACCOUNTING AND CORPORATE REGULATORY AUTHORITY
(ACRA)



## INFORMATION RESOURCES

WHILST EVERY ENDEAVOUR IS MADE TO ENSURE THAT INFORMATION PROVIDED IS UPDATED & CORRECT. THE AUTHORITY DISCLAIMS ANY LIABILITY FOR ANY DAMAGE OR LOSS THAT MAY BE CAUSED AS A RESULT OF ANY ERROR OR OMISSION.

**Business Profile (Company) of 200002347C**

**Charges**

| Charge No. | Date Registered | Amount Secured | Charge(s) |
|---|---|---|---|

**Officers/Agents**

| Name / Address | ID | Nationality / Position Held | Source of Address | Date of Appointment |
|---|---|---|---|---|
| HIGGINS ANNA CATHERINE<br>369 HOLLAND ROAD<br>#12-01<br>ALLSWORTH PARK<br>SINGAPORE (278640) | 202135583 | BRITISH, UNITED KINGDOM<br>DIRECTOR | RCB | 28/10/2003 |
| DR THOMAS HEINA<br>369 HOLLAND ROAD<br>#12-01<br>ALLSWORTH PARK<br>SINGAPORE (278640) | G5722407Q | GERMAN<br>DIRECTOR | RCB | 23/03/2000 |
| CHIN YOKE LAN FRANCIS<br>39 HINDHEDE WALK<br>#07-02<br>SINGAPORE (587971) | S1245198I | SINGAPOREAN<br>SECRETARY | RCB | 15/09/2000 |

**Shareholder (s)**

| | Name / Address | ID | Nationality/Place of incorporation/Origin | Source of Address | Address Changed |
|---|---|---|---|---|---|
| 1 | TEAMWORKS COMMUNICATION SYSTEMS GESELLSCHAFT FURVERNETZTE DOKUMENTATIONS-UND<br>HANNOVERSCHE STR 149 D -30627 HANNOVER GERMANY | UF29786M | FEDERAL REPUBLIC OF GERMANY | | |

| Ordinary | V/Share | Currency |
|---|---|---|
| 100,000.00 | 1.000000 | SINGAPORE DOLLAR |

**Outstanding Complaints on Company or Directors**

ACCOUNTING AND CORPORATE REGULATORY AUTHORITY
(ACRA)



**INFORMATION RESOURCES**

WHILST EVERY ENDEAVOUR IS MADE TO ENSURE THAT INFORMATION PROVIDED IS UPDATED & CORRECT. THE AUTHORITY DISCLAIMS ANY LIABILITY FOR ANY DAMAGE OR LOSS THAT MAY BE CAUSED AS A RESULT OF ANY ERROR OR OMISSION.

**Business Profile (Company) of 200002347C**

**Abbreviation**

UL - Local Entity not registered with RCB

UF - Foreign Entity not registered with RCB

V/Share - Value Per Share

AR - Annual Return

AGM - Annual General Meeting

A/C - Accounts

PLEASE NOTE THAT INFORMATION HEREIN CONTAINED IS EXTRACTED FROM FORMS/TRANSACTIONS FILE WITH THE AUTHORITY

FOR REGISTRAR OF COMPANIES AND BUSINESSES SINGAPORE

RECEIPT NO.    : ACR0000001028598

DATE          : 20/12/2004

This is computer generated. Hence no signature required.

**EXHIBIT H**



# Catalina 250 Owner Directory

### Sorted by Hull Number

#416 - Kinsale, 1999 standard rig, centerboard
Carl Rapa, Duxbury MA
carlrapa@yahoo.com

This is **G o o g l e**'s cache of http://www.chemodo.com/ReviewResume.asp? ResumeID=42895&CandidateID=61859 as retrieved on Mar 30, 2004 08:35:33 GMT.
**G o o g l e**'s cache is the snapshot that we took of the page as we crawled the web.
The page may have changed since that time. Click here for the current page without highlighting.
This cached page may reference images which are no longer available. Click here for the cached text only.
To link to or bookmark this page, use the following url: http://www.google.com/search?q=cache:fFG-
tSYKnFUJ:www.chemodo.com/ReviewResume.asp%3FResumeID%3D42895%26CandidateID%
3D61859+TRIALink+singapore&hl=en

*Google is not affiliated with the authors of this page nor responsible for its content.*

These search terms have been highlighted: **trialink singapore**

## My Management Center

Contact Information

| | |
|---|---|
| **Name:** | Confidential User |
| **Address:** | Address Withheld |
| **City,State, Zip** | Duxbury, MA 02332 |
| **Phone:** | 781-555-1212 |
| **Email:** | seddy77@adelphia.net |
| **Industry:** | Information Technology |

**Position Terms:** All

**Position Status:** Full Time

**Travel:** Up to 25%

**Relocation:** No

Resume Information

**Resume Title:** Program/Project Manager with experience in the product life cycle process for software development and release management. Special skills in business process and systems analysis experience

**Objective:**
Challenging position with a growth company in the area of project management. Expertise with Software Development Life Cycle and release management.

**Education:**
Major Business Administration Year 1990

**Technical experience:**
Confidential -- Rockland, MA Release Manager 02/2004 - 03/2004 Responsible for managing all aspects of product release for **TRIALink**'s EDC, Unix/Linux porting project. Coordinate efforts from offices in Massachusetts, New Jersey, England, Germany and **Singapore** Confidential -- Woburn, Ma Program Manager 02/1999 - 01/2003 Led broad

cross functional groups on high visibility product releases with significant strategic and revenue potential (greater than $100 million), i.e., Broadvision, BEA Weblogic Application Servers, EMC Symmetrix Storage, Site Patrol. Directed the launch effort with groups that include: Sales, Marketing, Opportunity Management, Legal, Engineering, Quality Control and Customer Support. Managed multiple product launches at one time. Used effective time management, project management, organizational skills to effectively manage multiple priorities and deliverable obligations

**Professional experience:**
Confidential -- Rockland, MA Release Manager 02/2004 - 03/2004 Responsible for managing all aspects of product release for **TRIALink**'s EDC, Unix/Linux porting project. Coordinate efforts from offices in Massachusetts, New Jersey, England, Germany and **Singapore** Confidential -- Woburn, Ma Program Manager 02/1999 - 01/2003 Led broad cross functional groups on high visibility product releases with significant strategic and revenue potential (greater than $100 million), i.e., Broadvision, BEA Weblogic Application Servers, EMC Symmetrix Storage, Site Patrol. Directed the launch effort with groups that include: Sales, Marketing, Opportunity Management, Legal, Engineering, Quality Control and Customer Support. Managed multiple product launches at one time. Used effective time management, project management, organizational skills to effectively manage multiple priorities and deliverable obligations

**Additional skills:**
Project Management



**Work History:**

**Company Name:** Confidential___**Position:** Release Manager

Responsible for managing all aspects of product release for **TRIALink**'s EDC, Unix/Linux porting project. Coordinate efforts from offices in Massachusetts, New Jersey, England, Germany and **Singapore**

**Company Name:** Genuity, INC___**Position:** Program Manager

Led broad cross functional groups on high visibility product releases with significant strategic and revenue potential (greater than $100 million), i.e., Broadvision, BEA Weblogic Application Servers, EMC Symmetrix Storage, Site Patrol. Directed the launch effort with groups that include: Sales, Marketing, Opportunity Management, Legal, Engineering, Quality Control and Customer Support. Managed multiple product launches at one time. Used effective time management, project management, organizational skills to effectively manage multiple priorities and deliverable obligations

**Company Name:** ___**Position:**

This portion will save the resume to your resume bank with a selected category. Select a category you want to save this resume under. If you have not create any catergory this resume will be stored in the default location. To create categories Click Here.

Add to resume bank

EXHIBIT 1

# TEAMworks –
# Project Management Team

**Viki Wills**
Director, Project Management
UK

**Ian Bredbrook**
Director, Phase 1
UK

**Anna Higgins**
Clinical Project Manager
UK

**Clare Collins**
Clinical Project Manager
UK

**Tanja Rötzimann**
Clinical Project Manager
CH

**Vacancy**
Clinical Project Manager
NL/UK

**Emilio Jimenez**
Clinical Project Manager
Spain

**John Hejkin's**
Senior Data Manager
UK

**Nadine Bissue**
Clinical Data Manager
UK

**Corinne Robinson**
Clinical Data Manager
UK

**Vacancy**
Clinical Data Manager
USA/UK

**Vacancy**
Clinical Data Co-ordinator
UK

**Doug Beechgard**
Clinical Project Manager
USA (Philadelphia or Washington)

**TEAM**
W
CLINICAL SERVICES

© TEAMworks Clinical Services, 2001

HIGHLY CONFIDENTIAL

**EXHIBIT J**

 **Fleet**

Funds Transfer Customer Service
        1-800-729-9473

Account #  0089525373


        J PAUL BRENTWOOD CLIVEDEN
        6 WHITTIER PL UNIT 2K
        BOSTON MA 02114

                                        JANUARY 29,2002

                                        Page 1 of 1

Any applicable transaction fee will appear on your account statement.

|  | DEBIT | CREDIT |
|---|---|---|
|  |  | $27,980.00 |

FEDWIRE IN  Ref #001567    TRN: 020129-010545
ORG: TEAMWORKS COMMUNICATION SYSTEMS GMBH
     HANNOVERSCHE STR. 149 30627 HANNOVER
OGB: DEUTSCHE BANK AG GEORGSPLATZ 20
     HANNOVER,DE
FROM:BANKERS TRUST COMPANY NEW YORK, NY
     ABA/021001033
RFB: 6709817340
OBI: FEES DEDUCTED $20.00 SALARY NOV DEC

                SUMMARY OF WIRES:
                    NUMBER              TOTAL
     TYPE                               $.00
     DEBITS           0
     CREDITS          1           $27,980.00


        ***** END OF STATEMENT *****


        $20.00

 **Fleet**

unds Transfer Customer Service
      1-800-729-9473

ccount #   0089525373


J PAUL BRENTWOOD CLIVEDEN
6 WHITTIER PL UNIT 2K
BOSTON MA 02114

MARCH 7,2002

Page 1 of 1

Any applicable transaction fee will appear on your account statement.

| | DEBIT | CREDIT |
|---|---|---|
| | | $14,000.00 |

**FEDWIRE IN  Ref #001591    TRN: 020307-006452**
ORG: TEAMWORKS COMMUNICATION SYSTEMS GMBH
      HANNOVERSCHE STR. 149 30627 HANNOVER
OGB: DEUTSCHE BANK AG GEORGSPLATZ 20
      HANNOVER,DE
FROM:BANKERS TRUST COMPANY NEW YORK, NY
      ABA/021001033
BNF: BRENT CLIVEDEN BOSTON US
RFB: 6709818248
OBI: SALARY

|  | SUMMARY OF WIRES: | |
|---|---|---|
| TYPE | NUMBER | TOTAL |
| DEBITS | 0 | $.00 |
| CREDITS | 1 | $14,000.00 |

***** END OF STATEMENT *****

**EXHIBIT  K**

Dec 27 04 02:30p    Brent Cliveden         +1 617 367 0090        p.5
Case 1:04-cv-11903-JLT    Document 27-3    Filed 01/03/2005    Page 28 of 28
n i0 03 02:19a    TEAMworks              +1 617 367 0090        p.4

*Fleet*

ls Transfer Customer Service
    1-800-729-9473

ount #  0089525373

J PAUL BRENTWOOD CLIVEDEN
6 WHITTIER PL UNIT 2K
BOSTON MA 02114

MAY 21,2002

Page 1 of L.

y applicable transaction fee will appear on your account statement.

| | DEBIT | CREDIT |
|---|---|---|
| FT IN                      TRN: 020520-021879 | | $13,975.00 |

.00 FEE DEDUCTED PER REMITTER
TEAMWORKS CLINICAL SERVICES LTD
NATIONAL WESTMINSTER BANK PLC KINGS CROSS HOUSE
200 PENTONVILLE RD LONDON   ENGLAND
MR BRENT CLIVEDEN
UTFCY02052000584
/RFB/SALARY

SUMMARY OF WIRES:

| TYPE | NUMBER | TOTAL |
|---|---|---|
| DEBITS | 0 | $.00 |
| CREDITS | 1 | $13,975.00 |

***** END OF STATEMENT *****