

```
Fleet National Bank
GCD Dept./MA ML SFTTOP
529 Main Street
Charlestown, MA 02129
```

SWIFT: FLTBUS3BXXXX Telex: 144203 FLEET B1 Telephone: 800-742-5115

COLLECTION ACKNOWLEDGEMENT

J B Cliveden                                        DATE 07/03/00
6 Whittier Pl Unit 2K
Boston, MA 02114

```
    YOUR REFERENCE NO    227256
    OUR REFERENCE NO     OIC022063
    AMOUNT               GBP 1,333.77
    DESCRIPTION          Check(s)
    Item Number          034
    DATE                 06/09/00
    PAYEE                J B Cliveden
    MAKER                Teamworks Clinical
```

Gentlemen:

Acting on your behalf, we have entered for Collection the item(s) described herein.

This Collection is subject to the Uniform Rules for Collections, International Chamber of Commerce, Publication No. 522.

Please mention our reference no. (OIC022063) in all communications with us related to this Collection. You may contact us at 800-742-5115. Thank you.

**EXHIBIT L**

http://www.ukdata.com/company-listings/numbers/05021478.html

Company Details - TEAMWORKS CLINICAL SOLUTIONS LIMITED
Registered No. 05021478

Address:    ASHLEY HOUSE
            5 GROSVENOR SQUARE
            SOUTHAMPTON
            HAMPSHIRE SO15 2BE
            SO15 2BE

Reports:

☐ Profile Report            £8.00   ☐

☐ Overview Report           £12.00  ☐

☐ Full Report               £18.00  ☐

http://www.ukdata.com/creditreports/viewCompanyDetails.do?companyId=05021478

Company Details - TEAMWORKS CLINICAL SOLUTIONS LIMITED
Registered No. 05021478

12/24/2004

file://C:\DOCUME~1\bob\LOCALS~1\Temp\eud5.htm

| | |
|---|---|
| Address: | ASHLEY HOUSE, 5 GROSVENOR SQUARE, SOUTHAMPTON, HAMPSHIRE SO15 2BE, SO15 2BE |
| Type: | Incorporated |
| Incorporation Date: | 21-01-2004 |
| Independent: | Yes |
| Status: | Not Analysed |
| Last Accounts Filed: | - |
| Last Accounts Analysed: | - |

Reports:

As this company has either not or only recently filed they are not yet analysed by our system, so we are unable to offer a credit report. However if you would like to be informed when reports are available, please email website@ukdata.com with your email address and the company number or name.

Documents

| | | | | |
|---|---|---|---|---|
| 06-12-2004 | Change of accounting reference date. | 1 page(s) | £18.00 | ☐ |
| 23-11-2004 | Change of accounting reference date. | 1 page(s) | £18.00 | ☐ |
| 04-06-2004 | Notice of increase in nominal capital. | 1 page(s) | £18.00 | ☐ |
| 04-06-2004 | Return of allotments of shares issued for cash or by way of capitalisation of reserves (bonus issues) - revised form. | 2 page(s) | £18.00 | ☐ |
| 04-06-2004 | Increase in nominal capital. | 1 page(s) | £18.00 | ☐ |

| | | | | |
|---|---|---|---|---|
| 13-05-2004 | Notice of change of directors or secretaries or in their particulars. | 2 page(s) | £18.00 | ☐ |
| 03-03-2004 | Change in situation or address of Registered Office. | 1 page(s) | £18.00 | ☐ |
| 22-01-2004 | New Incorporation documents. | 20 page(s) | £18.00 | ☐ |

---

## Company Details - CDM CLINICAL DATA MANAGEMENT UK LIMITED
Registered No. 03880940



| | |
|---|---|
| Address: | LION HOUSE, RED LION STREET, LONDON, WC1R 4GB |
| Type: | Incorporated |
| Incorporation Date: | 22-11-1999 |
| Independent: | No |
| Status: | Non-Trading |
| Last Accounts Filed: | - |
| Last Accounts Analysed: | 31-12-2001 |

Reports:

| | | |
|---|---|---|
| Profile Report | £8.00 | ☐ |
| Overview Report | £12.00 | ☐ |
| Full Report | £18.00 | ☐ |

Need help about the reports?

Documents

| | | | | | |
|---|---|---|---|---|---|
| | 08-10-2004 | Notice of claim to extension of period allowed for laying and delivering accounts - oversea business or interests. | 1 page(s) | £18.00 | ☐ |
| | 07-04-2004 | Change-of-name certificate. | 2 page(s) | £18.00 | ☐ |
| | 22-11-2003 | Annual Return. | 6 page(s) | £18.00 | ☐ |
| | 05-11-2003 | Notice of claim to extension of period allowed for laying and delivering accounts - oversea business or interests. | 1 page(s) | £18.00 | ☐ |
| | **31-12-2002** | **Annual Accounts.** | **14 page(s)** | £18.00 | ☐ |
| | 22-11-2002 | Annual Return. | 6 page(s) | £18.00 | ☐ |
| | 17-10-2002 | Notice of claim to extension of period allowed for laying and delivering accounts - oversea business or interests. | 2 page(s) | £18.00 | ☐ |
| | 27-01-2002 | Change in situation or address of Registered Office. | 1 page(s) | £18.00 | ☐ |
| | **31-12-2001** | **Annual Accounts.** | **10 page(s)** | £18.00 | ☐ |
| | 22-11-2001 | Annual Return. | 6 page(s) | £18.00 | ☐ |
| | 31-08-2001 | Notice of increase in nominal capital. | 1 page(s) | £18.00 | ☐ |
| | 31-08-2001 | Increase in nominal capital. | 1 page(s) | £18.00 | ☐ |

| | | | | | |
|---|---|---|---|---|---|
| | 16-08-2001 | Return of allotments of shares issued for cash or by way of capitalisation of reserves (bonus issues) - revised form. | 2 page(s) | £18.00 | ☐ |
| | 15-08-2001 | Notice of striking-off action discontinued. | 1 page(s) | £18.00 | ☐ |
| | 11-06-2001 | Change of accounting reference date. | 1 page(s) | £18.00 | ☐ |
| | **31-12-2000** | **Annual Accounts.** | 9 page(s) | £18.00 | ☐ |
| | 22-11-2000 | Annual Return. | 6 page(s) | £18.00 | ☐ |
| | 21-02-2000 | Notice of change of directors or secretaries or in their particulars. | 2 page(s) | £18.00 | ☐ |
| | 02-02-2000 | Notice of change of directors or secretaries or in their particulars. | 1 page(s) | £18.00 | ☐ |
| | 02-02-2000 | Notice of change of directors or secretaries or in their particulars. | 1 page(s) | £18.00 | ☐ |
| | 19-11-1999 | New Incorporation documents. | 22 page(s) | £18.00 | ☐ |

UK Data Ltd's side contains information about the meaning of "registered office" and "company secretary" which I have pasted below. The addresses that TEAMworks and CDM Clinical Data Management use are the Company Secretary and the law firm (one of them).

# Additional Company Services

Please contact us if you require our other services on 01372 750800 or by email

Company Registration No. 3880940 (England and Wales)

# TEAMWORKS CLINICAL SERVICES LIMITED

# DIRECTOR'S REPORT AND FINANCIAL STATEMENTS

# FOR THE YEAR ENDED 31 DECEMBER 2002

A02        *A47UCUBY*        0331
COMPANIES HOUSE        22/05/04

## TEAMWORKS CLINICAL SERVICES LIMITED

### COMPANY INFORMATION

| | |
|---|---|
| **Director** | Dr T Heina |
| **Secretary** | Ashley Secretaries Limited |
| **Company number** | 3880940 |
| **Registered office** | Lion House<br>Red Lion Street<br>London<br>WC1R 4GB |
| **Auditors** | Saffery Champness<br>Lion House<br>Red Lion Street<br>London<br>WC1R 4GB |
| **Business address** | 6 Stirling House, Stirling Road<br>Guildford<br>Surrey<br>GU2 7RF |
| **Bankers** | Barclays Bank plc<br>PO Box 544<br>54 Lombard Street<br>London<br>EC3P 3AH |
| **Solicitors** | Charles Russell<br>8-10 New Fetter Lane<br>London<br>EC4A 1RS |

**TEAMWORKS CLINICAL SERVICES LIMITED**

NOTES TO THE FINANCIAL STATEMENTS (continued)
FOR THE YEAR ENDED 31 DECEMBER 2002

4 **Tangible fixed assets**

| | Land and buildings £ | Plant and machinery etc £ | Total £ |
|---|---|---|---|
| **Cost** | | | |
| At 1 January 2002 | - | 58,532 | 58,532 |
| Additions | 37,398 | 94,402 | 131,800 |
| At 31 December 2002 | 37,398 | 152,934 | 190,332 |
| **Depreciation** | | | |
| At 1 January 2002 | - | 27,480 | 27,480 |
| Charge for the year | 4,675 | 31,363 | 36,038 |
| At 31 December 2002 | 4,675 | 58,843 | 63,518 |
| **Net book value** | | | |
| At 31 December 2002 | 32,723 | 94,091 | 126,814 |
| At 31 December 2001 | - | 31,052 | 31,052 |

5 **Debtors**

| | 2002 £ | 2001 £ |
|---|---|---|
| Trade debtors | 136,291 | 244,230 |
| Amounts owed by group undertakings and undertakings in which the company has a participating interest | 81,757 | 20,554 |
| Other debtors | 36,074 | 75,222 |
| | 254,122 | 340,006 |

6 **Creditors: amounts falling due within one year**

| | 2002 £ | 2001 £ |
|---|---|---|
| Trade creditors | 74,607 | 18,771 |
| Amounts owed to group undertakings and undertakings in which the company has a participating interest | 204,369 | 235,466 |
| Taxation and social security | 238,746 | 106,525 |
| Other creditors | 44,237 | 56,602 |
| | 561,959 | 417,364 |

Page 9

**TEAMWORKS CLINICAL SERVICES LIMITED**

**NOTES TO THE FINANCIAL STATEMENTS** (continued)
**FOR THE YEAR ENDED 31 DECEMBER 2002**

7   **Pension costs**

    **Defined contribution**

|  | 2002 £ | 2001 £ |
|---|---|---|
| Contributions payable by the company for the year | 41,408 | 23,448 |

8   **Share capital**

|  | 2002 £ | 2001 £ |
|---|---|---|
| **Authorised** |  |  |
| 40,000 Ordinary shares of £1 each | 40,000 | 40,000 |
| **Allotted, called up and fully paid** |  |  |
| 40,000 Ordinary shares of £1 each | 40,000 | 40,000 |

9   **Statement of movements on profit and loss account**

|  | Profit and loss account £ |
|---|---|
| Balance at 1 January 2002 | (62,495) |
| Retained loss for the year | (92,913) |
| Balance at 31 December 2002 | (155,408) |

10  **Reconciliation of movements in shareholders' funds**

|  | 2002 £ | 2001 £ |
|---|---|---|
| Loss for the financial year | (92,913) | (48,572) |
| Opening shareholders' funds | (22,495) | 26,077 |
| Closing shareholders' funds | (115,408) | (22,495) |

11  **Control**

The ultimate controlling party is Teamworks GMBH who are the parent company.

TEAMWORKS CLINICAL SERVICES LIMITED

NOTES TO THE FINANCIAL STATEMENTS (continued)
FOR THE YEAR ENDED 31 DECEMBER 2002

12  **Related party transactions**

Included in the Amounts owed by group undertakings are balances owed by Teamworks Switzerland of £51,605 and Teamworks Singapore Information Systems of £30,152. Included in Amounts owed to group undertakings are balances owed to Teamworks GMBH (the parent company) of £200,644 and Teamworks Singapore Clinical Services of £3,725. There were transactions totalling £154,992 with Teamworks Singapore Clinical Services which are included in Consultancy Fees expense. There were transactions totalling £46,800 with Teamworks GMBH during the year which are included in Consultancy Fees expense. Included in Consultancy Fees income are invoices totalling £85,910 with Teamworks Gmbh & £21,600 with Teamworks Switzerland.