UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

J. P. BRENTWOOD CLIVEDEN

    Plaintiff

    v.

CDM CLINICAL DATA MANAGEMENT
DEUTSCHLAND GmbH f/k/a/ TEAMWORKS
COMMUNICATION SYSTEMS GmbH,
CDM CLINICAL DATA MANAGEMENT UK LTD,
f/k/a TEAMWORKS CLINICAL SERVICES LTD.,
TEAMWORKS CLINICAL SOLUTIONS, LTD,
TEAMWORKS CLINICAL SERVICES, INC.,
TEAMWORKS CLINICAL SOLUTIONS
INTERNATIONAL, INC., TEAMWORKS CLINICAL
SOLUTIONS PRIVATE LTD, and DR. THOMAS
HEINA,

    Defendants.

and

MERCK & CO., INC.,

    Reach and Apply Defendant.

CIVIL ACTION NO. 04 11093 JLT

## AFFIDAVIT OF LANCE EMINGER

LANCE EMINGER, being duly sworn, deposes and states as follows:

1. I am the former Managing Director TEAMWorks Clinical Services Pte. Ltd. and TEAMworks Information Systems Pte. Ltd., both companies incorporated in Singapore. I worked for TEAMworks from the 15th of April 2000 to the 27th of February 2004. I make this affidavit on behalf of the plaintiff in this case, J. P. Brentwood Cliveden, and in support of his claim for unpaid salary and expenses.

2. My employment was terminated with immediate effect, without warning and without explanation by Dr. Thomas Heina, on the 27th of February 2004. My position as Managing Director of TEAMworks Clinical Services Pte. Ltd. was filled by Ms Anna Higgins, formerly of the TEAMworks company in Guildford United Kingdom, who at that time resided with Dr. Thomas Heina in Singapore. My position as Managing Director of TEAMworks Information Systems Pte. Ltd. was, I believe, filled by Dr. Thomas Heina himself, who had relocated to Singapore together with Ms. Anna Higgins some months beforehand.

3. During my time working with Dr. Thomas Heina, I was regularly not paid my salary on time and in some instances not for periods of several months. Dr. Thomas Heina used several tactics to delay payments, such as claiming there were new banking procedures and the payments had been tied up, by claiming funds had been sent when they had not, by post-dating checks, by filling details on checks incorrectly, or by issuing foreign currency checks that take 4 weeks to clear in Singapore. Funds to the companies in Singapore that were to be sent from the parent company, TEAMworks Communications GmbH, were delayed almost every month, forcing salaries and expenses for every Singapore employee to regularly be paid late. On several occasions, the Central Provident Fund of Singapore issued summons to the Singapore companies for non-payments. On one occasion I was required to attend court in Singapore where I pleaded for an extension on the Central Provident Fund payments. Even though Dr Thomas Heina assured me he would attend these proceedings, he did not leave Germany.

4. I have currently reached a settlement agreement in my claim against TEAMworks Information Systems Pte Ltd, where I sued to recover four years worth of pension payments and unconsumed leave as stated in my employment contract, amongst other items. Like others in the

2

company, I waited years to receive payments I was owed under my employment arrangements with Dr. Heina, and when terminated I was denied them.

5. As the former Managing Director of the Singapore office, I am aware that the following other employees in that office were owed compensation, in the form of salary, expenses or pension benefits, as of the date of my termination of employment: Francis Loh, Ian Mills, and Anders Krogh.

6. While Mr. Cliveden was employed at TEAMworks, he was listed on distribution lists and organizational charts as an employee and a member of the management team. I attended a conference with Mr. Cliveden in Denver Colorado where we had an exhibition booth and Mr. Cliveden was speaking to prospects and demonstrating software along with other TEAMworks employees. I have met Mr. Cliveden several times at the TEAMworks headquarters in Hannover Germany. The Singapore company had a photo of a company dinner in Hannover hanging on the wall which very prominently shows Mr. Cliveden seated in the foreground. At no time did Dr. Thomas Heina or anyone else characterize him as an independent contractor, and all TEAMworks employees understood him to be the Director of Sales for North America up to the time of his departure.

7. I found Dr. Heina to be focused more on ways to take money from his employees, defend against claims or seek out retribution on former employees that he felt wronged him, than he did generating new business or encouraging his employees' careers. I was not surprised to

3

hear that Dr. Heina had released Mr. Cliveden and subsequently sought an avenue to deny payments to him by claiming he was an independent contractor.

**SIGNED UNDER PAINS AND PENALTIES OF PERJURY**

*Lance Eminger*

CERTIFICATE OF SERVICE
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail (by hand) on 1/2/05