UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERK'S OFFICE

2005 JAN -5  P 2: 55

U.S. DISTRICT COURT
DISTRICT OF MASS.

J. P. BRENTWOOD CLIVEDEN

    Plaintiff

v.

CDM CLINICAL DATA MANAGEMENT
DEUTSCHLAND GmbH f/k/a/ TEAMWORKS
COMMUNICATION SYSTEMS GmbH,
CDM CLINICAL DATA MANAGEMENT UK LTD,
f/k/a TEAMWORKS CLINICAL SERVICES LTD.,
TEAMWORKS CLINICAL SOLUTIONS, LTD,
TEAMWORKS CLINICAL SERVICES, INC.,
TEAMWORKS CLINICAL SOLUTIONS
INTERNATIONAL, INC., TEAMWORKS CLINICAL
SOLUTIONS PRIVATE LTD, and DR. THOMAS
HEINA,

    Defendants.

and

MERCK & CO., INC.,

    Reach and Apply Defendant.

CIVIL ACTION NO. 04 11903 JLT

### MOTION AND APPLICATION OF J. P. BRENTWOOD CLIVEDEN FOR A PRELIMINARY INJUNCTION IN AID OF A REACH AND APPLY ATTACHMENT

Plaintiff J.P. Brentwood Cliveden ("Cliveden") hereby moves this Court to enter a preliminary injunction enjoining reach and apply defendant Merck & Co. ("Merck"), party to a licensing agreement with one of the defendants named in this action,[1] to withhold up to $400,000, owed to such defendant or to any other entity in which defendant Dr. Thomas Heina

---

[1] Counsel for Cliveden has been seeking a copy of this contract since September, 2004. The contract has not yet been produced and Cliveden thus is still unable to confirm with which entity with whom Merck has contracted. Counsel has been informally told that the contract is with one of the New Jersey entities.

("Heina") has an ownership interest or which he controls. As grounds for this motion, Cliveden states that he has a reasonable, and substantial likelihood of prevailing on his claims and recovering judgment equal to or in excess of $400,000, that the harm to him of being unable to collect on the judgment without the issuance of the injunction is irreparable and that the harm to him far outweighs the harm to the defendants. As further grounds for this motion, Cliveden relies on his memorandum of law and the affidavits of Cliveden, Douglas Bain, Douglas Beauregard, Elizabeth Wills, Lance Eminger, Anders Krogh, Jeremy Smethurst and Bruce Sharp filed herewith and the affidavit of Roger Holden previously filed with this Court.

## REQUEST FOR HEARING

Cliveden requests a prompt hearing date on the within motion.

### Certificate of Compliance with Local Rule 7.1 (A)(2)

I, Jessica Block, counsel for the plaintiff, certify that on December 1, 2004, in connection a discussion as to defendants' motion to dismiss for lack of jurisdiction and again on December 2, 2004, in connection with a conference call on discovery and related issues, I discussed with counsel for defendants my intention to file the within motion because of my concern over the collectibility of a judgment and in an effort to resolve or narrow the issues on a voluntary basis. No resolution has been reached.

J.P. BRENTWOOD CLIVEDEN
By his attorneys,

*[signature]*

Jessica Block
BBO#046110
Block & Roos, LLP
60 State Street, 38th Floor
Boston, Massachusetts 02109
(617) 223-1900

Date: January 5, 2005

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail (by hand) on 1/5/05

*[signature]*