UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2005 JAN 20 P 3: 16

U.S. DISTRICT COURT
DISTRICT OF MASS.

J.P. BRENTWOOD CLIVEDEN,

    Plaintiff,

v.

CDM CLINICAL DATA MANAGEMENT
DEUTSCHLAND GMBH f/k/a TEAMWORKS
COMMUNICATION SYSTEMS GMBH, CDM
CLINICAL DATA MANAGEMENT UK LTD.
f/k/a TEAMWORKS CLINICAL SERVICES LTD.,
TEAMWORKS CLINICAL SOLUTIONS LTD.,
TEAMWORKS CLINICAL SERVICES, INC.,
TEAMWORKS CLINICAL SOLUTIONS
INTERNATIONAL, INC., TEAMWORKS
CLINICAL SOLUTIONS PRIVATE LTD. and
DR. THOMAS HEINA,

    Defendants,

and

MERCK & CO., INC.,

    Reach and Apply Defendant.

Civil Action No. 04-11903-JLT

**ASSENTED TO MOTION TO EXTEND THE TIME TO
RESPOND TO MOTION AND APPLICATION OF PLAINTIFF
J.P. BRENTWOOD CLIVEDEN FOR A PRELIMINARY INJUNCTION
<u>IN AID OF A REACH AND APPLY ATTACHMENT</u>**

Defendants TEAMworks Clinical Solutions, Inc., TEAMworks Clinical Solutions International, Inc., CDM Clinical Data Management Deutschland, GmbH., and Thomas Heina (collectively, the Defendants) submit this assented to motion to extend the time within which they respond to the Motion and Application of Plaintiff J.P. Brentwood Cliveden for a

Preliminary Injunction in Aid of a Reach and Apply Attachment through and including January 27, 2005.

                                        Respectfully submitted,

                                        */s/ Henry A. Sullivan*

                                        Henry A. Sullivan (BBO #544371)
                                        Lisa A. Weinman (BBO #648057)
                                        MINTZ, LEVIN, COHN, FERRIS,
                                         GLOVSKY and POPEO, P.C.
                                        One Financial Center
                                        Boston, MA  02111
                                        (617) 542-6000


                                        ASSENTED TO BY:

                                        PLAINTIFF,

                                        J.P. BRENTWOOD CLIVEDEN,

                                        By his attorney,

                                        */s/ Jessica Block*

                                        Jessica Block
                                        Block & Roos, LLP
                                        60 State Street
                                        Boston, MA  02109
                                        (617) 223-1900

DATED: January 20, 2005

I HEREBY CERTIFY THAT A COPY OF THE ABOVE DOCUMENT WAS SERVED UPON THE ATTORNEY OF RECORD FOR EACH PARTY BY MAIL/HAND ON 1/20/05

*/s/ Henry A. Sullivan*