## Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.

One Financial Center
Boston, Massachusetts 02111



January 20, 2005

Ms. Zita Lovett
United States District Court for the District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

Re:    J.P. Cliveden v.CDM Clinical Data Management Deutschland GmbH
       f/k/a TEAMworks Communication Systems CDM Clinical Data
       Management UK Ltd, et al.
       C.A. No. 04-11903-JLT

Dear Ms. Lovett:

This joint letter is to clarify the status of the Case Management conference, originally scheduled for January 4, 2005, but rescheduled at the request of both parties. It was our understanding that the conference had been rescheduled to the first Tuesday in February, i.e., February 1, 2005. However, we have not received an official notice from the Court. Would you kindly confirm that the scheduling conference is, in fact, set to take place on that day, the time of the conference and whether Judge Tauro will hear both pending motions at that time? If the conference and hearings are not presently scheduled for February 1, would you please let us know some dates that are available? Counsel will then mutually agree on a date and notify the Court promptly. We already have exchanged documents pursuant to the Automatic Disclosure requirement.

Thank you very much for your assistance with this matter. Please do not hesitate to contact either of us with any questions.

Sincerely,

Attorney for the Plaintiff                    Attorneys for the Defendants

Jessica Block  *MTS*                          Henry A. Sullivan
                                              Lisa A. Weinman

*Boston  Washington  Reston  New York  Stamford  Los Angeles  London*

LIT 1499881v2