## Dr. Thomas Heina, TEAMworks Communication Systems

**Von:** JPB Cliveden <cliveden@ibm.net>
**An:** Thomas Heina <t.heina@teamworks.de>
**Gesendet:** Mittwoch, 12. Juli 2000 06:16
**Betreff:** Discussion of draft employee contract

Hello Tom,

I have documented some comments on the sample employee contract that you sent to me.

4.1   I had hoped that I might have the position of "General Manager & Vice President, North America." I believe that an executive position with this title would more accurately reflect my responsibilities in working with you to establish North American operations in opening and managing an office, locating employee candidates to create an organizational structure to support sales, marketing, customer services, etc. It would be much more effective for me to be able to gain meetings with pharma executives if I approach them with a GM, VP title than as merely Director of Sales.

4.4   Would you define "report" in the context of this paragraph? Who are the Board of Directors of TEAMworks?

5.2   If you will be using a payroll service, could you set up twice a month (15th and 30th) salary payments as is more customary? Employee prospects will be very resistant to monthly payments.

6.1   When you discussed bonus opportunities in London, you mentioned the possibility of "30, 40, 50%" bonus payments. I know that there are a lot of details to be fleshed out with employee terms and conditions, but I would encourage you to put in place an open ended system such as IBM introduced two years ago, following leading edge trends in the industry to foster employee retention -- a bonus opportunity that is not capped at any level. This allows for truly exceptional or unanticipated success to reap an exceptional reward. Also, part of a bonus could be termed a commission and paid on a quarterly basis to provide year-round incentives and rewards.

6.2   I would like to discuss further the conditions, percentage, and vesting of the stock options at another point.

9.2   Even if I do not manage to take all the holiday available during the year, I would like to have an entitlement of 25 days per year, reflecting my age and responsibilities in the company.

14.   I would like to discuss further the conditions relating to "Notice" at another point.

17.1, 20.2   I would like to discuss further the conditions relating to "Retirement Age" at another point.

20.3 (d), (e), (f)   I would like to discuss further the non-solicit and non-compete clauses at another point.

Several issues distracting me from getting on with our discussions are now behind me and I am trying to focus on TEAMworks and your offer now in the evenings. The clinical trials consulting project on which I am currently engaged is all-consuming during the days this week and next, but the deeper understanding of both the operations of a large pharma and the opportunities and avenues of sales approach that I am gaining will be enormously helpful to me in my next job. I am very fortunate to have this opportunity to be on this small consulting team.

Best regards,
Brent

TWK0090