## Tom Heina

**From:** Dr. Thomas Heina, TEAMworks Communication Systems [t.heina@teamworks.de]
**Sent:** Thursday, August 03, 2000 4:27 AM
**To:** cliveden@ibm.net
**Subject:** Re: Next steps

Hi Brent,

Would you mind giving me a quick call as in your suggestions are some conditions we did not agree upon (one off payment, amount of stock options).

The conditions you put into the PDF file in this regards differs significantly to what has been agreed upon. I do not hope that this will create an unforeseen obstacle.

Cheers

Tom

> ----- Original Message -----
> **From:** JPB Cliveden
> **To:** Thomas Heina
> **Sent:** Wednesday, August 02, 2000 7:08 AM
> **Subject:** Next steps
>
> Hello Tom,
>
> I believe that I can be ready to start work in Hannover or London on 14 August. Will the office be open on Tuesday, 15 August, or will you be observing the holiday? If we can settle the final details, and if you can send me a revised offer letter/contract, then I will complete my resignation with IBM. I understand that there are still details to be worked out in establishing the TEAMworks business in the US, but I have made some suggestions in notes attached to the PDF file to cover such things as pension and 401K plan until there are a sufficient number of employees to set up official programs. I have also suggested a sign-on bonus as a means of making up for the pension plan that I will forfeit with IBM.
>
> I have an interim plan for healthcare insurance until TEAMworks is able to offer a US insurance plan: I can continue on the IBM plan for a limited time (18 months), paying the full cost of the plan at IBM's excellent group discounted rate. This policy will begin immediately upon my separation from IBM. The amount I was given by HR this week was $234.35/mo plus a 2% administration fee. This will be considerably less than buying a private policy individually.
>
> I can obtain a term life insurance policy in the standard amount and pass the bills on to TEAMworks for reimbursement. I can use my private disability policy and likewise pass on the bills to TEAMworks. Travel insurance can be covered automatically through charges made to my credit card. When TEAMworks is able to offer these types of insurance coverage to employees, I will discontinue submitting bills for reimbursement.
>
> I hope that all these suggestions will meet with your concurrence and that you can summarize the salient points in an offer letter/contract, thus allowing me to take up a new position with TEAMworks as soon as possible. I am very eager to begin working! (I am already laying the groundwork. have established a new prospect for TEAMworks for Phase I trials. We will be called to a meeting with a biotech company in California in mid-September for a review.)
>
> Best regards,

TWK0091

22-Feb-04

Brent

22-Feb-04

TWK0092