TWK0113

## Tom Heina

**From:** Dr. Thomas Heina [t.heina@teamworks.de]
**Sent:** Monday, January 06, 2003 7:30 AM
**To:** cliveden@teamworks.de
**Cc:** ahiggins@teamworks.de; mheina@teamworks.de
**Subject:** Documentation
**Importance:** High

Dear Brent.

We do not have any documentation about the work you delivered for TEAMworks and in regards to expenses. Would you please provide those itemised per activity, duration and deliverable ?

In regards to you recent two travels to UK, who requested and approved these ?

Thanks for you support in regards to this matter.

I am in the US next week so that we might be able to through it !?

Regards

T. Heina

26-Feb-04