EAMworks — Contact List  (25/Sept/2000)

| | Office | Phone | Mobile | Job Title | Notes |
|---|---|---|---|---|---|
| over Office | Main phone<br>Fax | +49 (0) 511 560 99 90<br>+49 (0) 511 547 96 65 | | | TEAMworks Communication Syst<br>Hannoversche Strasse 149, (Misb<br>30627 Hannover, Germany<br>www.teamworks.de |
| omas Heina | Hannover | +49 (0) 511 560 99 90-2 | +49 171 47 83 485 | CEO | |
| a Heina | Hannover | +49 (0) 511 560 99 90-3 | +49 171 47 83 479 | | |
| Jensen | Hannover | +49 (0) 511 560 99 90-1 | | | |
| ng Lux | Hannover | +49 (0) 511 560 99 90-4 | +49 171 47 87 489 | | |
| chürmann | Hannover | +49 (0) 511 560 99 90-5 | | Senior Configuration Manager | |
| as Lenfort | Hannover | +49 (0) 511 560 99 90-6 | | | |
| Speckmann | Hannover | +49 (0) 511 560 99 90-6 | | Technial Writer | |
| im Valentin | Hannover | +49 (0) 511 560 99 90-5 | | | |
| en Ritterbusch | Hannover | +49 (0) 511 560 99 90-6 | | | |
| evelopment Team | | | | | |
| as Bain | Home<br>Guildford | +44(0)1786 451176<br>+44(0)1483 54 9348 | +44(0)7718 913917 | Director System Integration | Mobile fax +44(0)8700 632780 |
| Jones | Home | +44(0)1253 855290 | +44(0)7957 575988 | | |
| haw | Home | +44(0)1332 341219 | No mobile | Senior IT Engineer | |
| Smith | Home | +44(0)115 9146978 | +44(0)7718919325 | Senior IT Engineer | |
| lis | Home | +44(0)1274 371880 | +44(0)7711 853597 | Vice President Development | |
| Warner | Home | +44(0)1825 873045 | +44(0)7711 274382 | Contractor | nigel.warner@newscientist.net |
| Fernie | Home | +44(0)115 9233548 | +44(0)976 832077 | Contractor | Simon@i-netdbs.co.uk |

Last Update: 25. September 2

| ...ford Office | Main phone<br>Fax | +44(0)1483 54 9019<br>+44(0)1483 54 9119 | | | TEAMworks Clinical Services Ltd,<br>1 Farnham Road, Guildford, Surre...<br>GU2 5RG. UK |
|---|---|---|---|---|---|
| ...Collins | Guildford | +44(0)1483 54 9353 | | Clinical Project Manager | |
| ...Higgins | Guildford | +44(0)1483 54 9352 | +44(0)797 155 2175 | Clinical Project Manager | |
| ...Messis | Guildford | +44(0)1483 54 9346 | +44(0)788 771 0289 | Marketing Manager Europe | |
| ...Southers | Guildford | +44(0)1483 54 9351 | +44(0)794 775 4883 | | |
| ...radbrook | Guildford | +44(0)1483 54 9019 | | Head of Phase I | +44(0)1444 484220 |
| ...y Smethurst | Guildford | +44(0)1483 54 9355 | +44(0)771 891 9428 | Sales Director Europe | +44(0)1403 864464 |
| ...ch Office | | [49] 89-829 265-0<br>[49] 89-829 265-28 | | | Metronomia GmbH<br>Paul-Gerhardt-Allee 42<br>81245 München, Germany<br>www.metronomia.de |
| ...f Köhne-Volland | Munich | [49] 89-829 265-22 | +49(0)177 445 6730 | | rkoehnevolland@metronomia.de |
| ...Meyer | Munich | | | | dmeyer@metronomia.de |
| ...ilian Mösmang | Munich | [49] 89-829265-15 | | | mmoesmang@metronomia.de |
| ...Office | Main phone<br>Fax | | | | |
| ...Rüttimann | Basle | | +41 (0)79 669 4378 | Clinical Project Manager | home +41(0] 523 170 789 |
| ...rd Perkins | Basle | | +33 (0) 609 774383 | | home: +33(0] 3887 487 12 |

Last Update: 25. September 2...

| ...pore Office | Main phone<br>Fax | +65(0) 323 3533<br>+65(0) 323 3065 | | | Data Associates<br>133 Cecil Street<br>#14-01B<br>Keck Seng Tower<br>Singapore 069535<br>www.data-associates.com |
|---|---|---|---|---|---|
| ...Eminger | | +65 323 3533 | +65 (0) 975 83879 | Director | l.eminger@teamworks.de - |
| ...s Krogh | | +65 323 3533 | +65 (0) 978 629 97 | Senior Project Manager for Application Development | a.krogh@teamworks.de - |
| ...en Genetiano | | +65 323 3533 | +65 9359 3680 | Clinical Research Manager | mgenetiano@data-associates.com |
| ...Jabanes | | +65 323 3533 | | Clinical Research Associate | sjabanes@data-associates.com |
| ...dine De Britto | | +65 323 3533 | +65 9785 8342 | Executive Assistant | bdebritto@data-associates.com |
| ...Aisyah Binte Misbari | | +65 323 3533 | +65 9684 2434 | Clinical Data Manager | amisbari@data-associates.com |
| ...y Sim | | +65 323 3533 | +65 9687 9555 | Bio-statistician | wsim@data-associates.com |
| ...o Khawaja | | +65 323 3533 | | Clinical Data Manager | skhawaja@data-associates.com |
| ...l Rajarethinam | | +65 323 3533 | | IT Applications Manager & Medical Advisor | arajarethinam@data-associates.com |

Last Update: 25. September 2...

| | | | | | |
|---|---|---|---|---|---|
| a Office | Main phone<br>Fax | 63 2 878-84-70 to 72<br><br>63 2 878-84-69 | | | Data Associates, Manila<br>24th Floor EPC Center,<br>Pacific Star Bldg.,<br>Sen. Gil Puyat cor. Makati Ave,<br>Makati, Metro Manila 1200,<br>Philippines<br>www.data-associates.com |
| elle S. Padilla | Manila | 63 2 878-84-72 | 63 917-529-73-50 | | rpadilla@data-associates.com |
| G. Marzo | Manila | 63 2 878-84-71 | no mobile | | lmarzo@data-associates.com |
| dette E. dela Cruz | Manila | 63 2 878-84-70 | 63 917-790-92-60 | | bdelacruz@data-associates.com |
| ffice, Boston | Main phone | | | | |
| Cliveden | Home | +1.617.367 0010 Voice | +1.617.388 0050 | | +1.617.367 0090 Fax |

Last Update: 25. September 2