### Thomas Heina

**From:** Maita Jensen [m.jensen@teamworks.de]
**Sent:** Monday, September 25, 2000 6:10 PM
**To:** TEAMworker
**Subject:** TEAMworks Contact Details

TEAMworker

Please find attached an updated contact list. Thanks Jeremy, for help and input!

Any changes or comments? I lost track of everyone's job titles, please correct.

Best regards

Maita Jensen