## Tom Heina

**From:** Brent Cliveden [cliveden@teamworks.de]
**Sent:** Monday, February 18, 2002 10:32 PM
**To:** Mara Bekere
**Subject:** Request for letterhead template

Hello Mara,

Could you please have a template designed for TEAMworks Clinical Services Inc in Boston? I have made a temporary one, attached, containing the basic information for you. Please create the file for 8.5 x 11" (US letter size) paper.

I noticed that the other office templates are in Corel Draw format. I am unable to open a Corel Draw file in MS PhotoDraw 2000, so I would be grateful if you would have the file saved in alternative formats.

Thank you for your assistance.

Best regards,
Brent

TWK0098

22-Feb-04