**Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.**

One Financial Center
Boston, Massachusetts 02111

Lisa A. Weinman

617 542 6000
617 542 2241 *fax*

*Direct dial* 617 348 1884
laweinman@mintz.com

[Stamp: ENTERED CLERK'S OFFICE 2005 FEB -1 P 12:32 U.S. DISTRICT COURT DISTRICT OF MASS]

January 28, 2005

Ms. Zita Lovett
United States District Court for the District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

Re:  J.P. Cliveden v. CDM Clinical Data Management Deutschland GmbH f/k/a TEAMworks Communication Systems CDM Clinical Data Management UK Ltd, et al.
C.A. No. 04-11903-JLT

Dear Ms. Lovett:

Thank you again for responding to our joint letter of January 20, 2005. Ms. Weinman conferred with Ms. Block, counsel for the plaintiff, and with Mr. Sullivan, lead counsel for the defendants regarding the dates you offered for a Case Management conference and a hearing on the two pending motions. All parties have conferred and agree that February 17 is the best date for the conference and a hearing on the motion.

Would you kindly communicate this to Judge Tauro and issue a new order confirming the date? Any time of day is convenient.

Thank you very much for your assistance with this matter. Please do not hesitate to contact either of us with any questions or to let us know if February 17 is no longer available.

Sincerely,

Attorney for the Plaintiff                Attorneys for the Defendants

Jessica Block                              Henry A. Sullivan
                                           Lisa A. Weinman

*Boston  Washington  Reston  New York  Stamford  Los Angeles  London*