UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2005 FEB 11 P 1: 31

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| J.P. BRENTWOOD CLIVEDEN,<br><br>    Plaintiff,<br><br>v.<br><br>CDM CLINICAL DATA MANAGEMENT DEUTSCHLAND GMBH f/k/a TEAMWORKS COMMUNICATION SYSTEMS GMBH, CDM CLINICAL DATA MANAGEMENT UK LTD. f/k/a TEAMWORKS CLINICAL SERVICES LTD., TEAMWORKS CLINICAL SOLUTIONS LTD., TEAMWORKS CLINICAL SERVICES, INC., TEAMWORKS CLINICAL SOLUTIONS INTERNATIONAL, INC., TEAMWORKS CLINICAL SOLUTIONS PRIVATE LTD. and DR. THOMAS HEINA,<br><br>    Defendants,<br><br>and<br><br>MERCK & CO., INC.,<br><br>    Reach and Apply Defendant. | Civil Action No. 04-11903-JLT |

**DEFENDANTS CDM CLINICAL DATA MANAGEMENT UK, LTD., TEAMWORKS CLINICAL SOLUTIONS, LTD., AND TEAMWORKS CLINICAL SOLUTIONS PRIVATE, LTD.'S MOTION FOR LEAVE TO REPLY**

Pursuant to Local Rule 7.1(B)(3), Defendants CDM Clinical Data Management UK, Ltd., ("CDM UK") TEAMworks Clinical Solutions, Ltd., ("TEAMworks UK") and TEAMworks Clinical Solutions Private, Ltd. ("TEAMworks Singapore") (collectively, the "Defendants") move this Court for Leave to Reply to the Opposition of Plaintiff J.P. Brentwood Cliveden (the "Plaintiff") to the Defendants' Motion to Dismiss for Lack of Personal Jurisdiction.

As grounds for this Motion, Defendants state that Plaintiff's Opposition introduces both new allegations and new legal theories not pled in the Complaint, necessitating a detailed response. Defendants further state that Plaintiff's Opposition contains numerous misstatements of the law and false or misleading allegations which should not go unanswered.

WHEREFORE, the Defendants respectfully request that the Court grant them Leave to Reply to Plaintiff's Opposition to their Motion to Dismiss.

Respectfully Submitted,

CDM CLINICAL DATA MANAGEMENT U.K.,
LTD., TEAMWORKS CLINICAL SOLUTIONS,
LTD., AND TEAMWORKS CLINICAL
SOLUTIONS PRIVATE, LTD.

By their attorneys:

Henry A. Sullivan (BBO #544371)
Lisa A. Weinman (BBO #648057)
MINTZ, LEVIN, COHN, FERRIS,
 GLOVSKY and POPEO, P.C.
One Financial Center
Boston, MA 02111
(617) 542-6000

DATED: February 11, 2005

## CERTIFICATE OF SERVICE

I hereby certify that this 11th day of February, 2005, the foregoing *Defendants CDM Clinical Data Management U.K., Ltd., TEAMworks Clinical Solutions, Ltd., and TEAMworks Clinical Solutions Private, Ltd.'s Motion for Leave to Reply* was served upon all counsel in this matter by hand delivery, addressed to:

Jessica Block
Block & Roos, LLP
60 State Street, Suite 3800
Boston, MA 02109

Robert V. Lizza
Holland & Knight, LLP
10 St. James Avenue
Boston, MA 02116

_____
Lisa A. Weinman

LIT 1504140v1