UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2005 FEB 16  A 8: 32

U.S. DISTRICT COURT
DISTRICT OF MASS.

J. P. BRENTWOOD CLIVEDEN

    Plaintiff,

    v.

CDM CLINICAL DATA MANAGEMENT
DEUTSCHLAND GmbH f/k/a/ TEAMWORKS
COMMUNICATION SYSTEMS GmbH,
CDM CLINICAL DATA MANAGEMENT UK LTD,
f/k/a TEAMWORKS CLINICAL SERVICES LTD.,
TEAMWORKS CLINICAL SOLUTIONS, LTD,
TEAMWORKS CLINICAL SERVICES, INC.,
TEAMWORKS CLINICAL SOLUTIONS
INTERNATIONAL, INC., TEAMWORKS CLINICAL
SOLUTIONS PRIVATE LTD,  and DR. THOMAS
HEINA,

    Defendants,

and

MERCK & CO., INC.,

    Reach and Apply Defendant.

CIVIL ACTION NO.
04 11903 JLT

## JOINT STATEMENT AND PROPOSED PRETRIAL SCHEDULE

Plaintiff J. P. Brentwood Cliveden ("Cliveden") and Defendants CDM CLINICAL

DATA MANAGEMENT DEUTSCHLAND GmbH, TEAMworks Clinical Solutions, Inc.,

TEAMworks Clinical Solutions International, Inc., and Dr. Thomas Heina (the "Defendants")[1/]

submit their Joint Statement and Proposed Pretrial Schedule pursuant to Rule 16.1 (D) of the

Local Rules of the District Court.  The parties have otherwise complied with this Court's

---

[1/]    Three of the Defendants named in the Complaint, CDM Clinical Data Management UK, Ltd., TEAMworks Clinical Solutions, Ltd., and TEAMworks Clinical Solutions, Pte., Ltd., have submitted a Motion to Dismiss for Lack of Personal Jurisdiction and hence are not included in this Joint Statement.

Discovery Order and Case Management Order. For their Joint Statement and Proposed Pretrial Schedule, the parties state as follows:

## JOINT STATEMENT

Cliveden alleges that he was employed by the defendants, the TEAMworks group of companies, from August 2000 through March 2, 2003 at a salary of $14,000/month with reimbursement of all expenses incurred on behalf of the business, reimbursement of Social Security payments, disability insurance payments, life insurance payments, and payment of a pension plan equivalent; that defendants paid such expenses through December 2001 and thereafter repeatedly promised to pay him once they received money from various clients; but that, as of the date they purported to terminate his employment, defendants failed to pay $167,530.40 in expenses and $196,000 in salary. Cliveden also alleges that his discharge was in violation of public policy in that it was occasioned by the defendants' retaliation for his participation in a proceeding in which he offered testimony in support of another employee's claim for unpaid wages and thereafter refused to sign an affidavit containing false testimony. Cliveden seeks damages in the amount of the salary and expenses defendants refused to pay, lost income after the unlawful termination, consequential damages as a result of liquidating his retirement account to pay living expenses, and costs and prejudgment interest.

The Defendants deny Cliveden's allegations. Defendants maintain that Cliveden was never an employee of any of the Defendants. Defendants contend that Cliveden was an independent contractor of one Defendant, TEAMworks Communications Systems GmbH (now renamed CDM, Clinical Data Management Deutschland, GmbH), that he performed services for and was compensated by this Defendant exclusively, and that payments to Cliveden's were contingent on his satisfactory performance of assignments or delivery of beneficial business.

2

Defendants further state that Cliveden's engagement as an independent contractor was terminated because he failed to satisfactorily perform and that this decision had nothing whatsoever to do with Cliveden's participation in another individual's legal action. With regard to Cliveden's claimed expenses, Defendants state that Cliveden never provided supporting documentation, despite repeated requests to do so, and that some of the expenses were not authorized or approved. Three of the defendants named in the Complaint, CDM Clinical Data Management UK, Ltd., TEAMworks Clinical Solutions, Ltd., and TEAMworks Clinical Solutions, Pte. Ltd., assert that this Court lacks personal jurisdiction over them.

## II. PROPOSED PRETRIAL SCHEDULE

1.  Initial Written Discovery shall be served upon the parties by March 30, 2005.

2.  Fact witness depositions shall be completed by September 15, 2005.

    A list of the deponents plaintiff seeks to depose is attached as Attachment A.

    A list of the deponents defendants seek to depose is attached as Attachment B.

3.  Expert reports, if any, for claims or defenses on which a party has the burden of proof shall be produced no later than October 15, 2005.

4.  Expert depositions, if any, shall be completed by November 13, 2005.

5.  Dispositive motions, if any, shall be filed no later than December 15, 2005.

6.  Final pre-trial conference shall be held 20 days after the resolution of dispositive motions.

## III. ALTERNATIVE DISPUTE RESOLUTION (ADR)

The parties have discussed mediation with their clients and have agreed to an early mediation. The parties are in the process of arranging a mediation session for as early as March 2005.

## IV. CONSENT TO MAGISTRATE

The parties do not agree to consent to the appointment of a Magistrate as to all matters.

J.P. BRENTWOOD CLIVEDEN

J.P. BRENTWOOD CLIVEDEN CDM
CLINICAL DATA MANAGEMENT
DEUTSCHLAND, GMBH, TEAMWORKS
CLINICAL  SOLUTIONS, INC.,
TEAMWORKS CLINICAL SOLUTIONS
INTERNATIONAL, INC., AND
DR. THOMAS HEINA

By his attorneys,

By their attorneys,

_____
Jessica Block, BBO#046110
Block & Roos, LLP
60 State Street, 38th Floor
Boston, MA  02109
(617) 223-1900

_____
Henry A. Sullivan,  BBO #544371
Lisa A. Weinman,  BBO #64805
MINTZ, LEVIN, COHN, FERRIS,
  GLOVSKY and POPEO, P.C.
One Financial Center
Boston, MA 02111
(617) 542-6000

4

**Attachment A.**

Cliveden seeks to take the depositions of the following witnesses.

1.    Thomas Heina

2.    Anna Higgins

3.    Tanja Ruettimann

4.    Mara Bekere

5.    Martina Heina

6.    Genzyme Corporation, 30(b)(6)/ Keeper of Records

7.    Carmen Auberger

8.    Merck & Co., 30(b)(6)/ Keeper of Records

9.    Robert Duggan, Esquire

10.    Henning Lux


Additionally Cliveden will seek to perpetuate testimony, through letters rogatory, of

Lance Eminger, Anders Krogh, Roger Holden, Douglas Bain, Maita Jensen, Victoria Wills,

and Jeremy Smethurst if not deposed by defendants.

**Attachment B.**

Defendants seek to take the depositions of the following witnesses.

1.      J.P. Brentwood Cliveden

2.      Douglas Bain

3.      Douglas Beauregard

4.      Lance Eminger

5,      Roger Holden

6.      Gary Holmes

7.      Anders Krogh

8.      Bruce Sharp

9.      Jeremy Smethurst

10.     Victoria Wills