UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| J.P. BRENTWOOD CLIVEDEN, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| | * | |
| v. | * | Civil Action No. 04-11903-JLT |
| | * | |
| | * | |
| | * | |
| CDM CLINICAL DATA MANAGEMENT | * | |
| DEUTSCHLAND GmbH f/k/a TEAMWORKS | * | |
| COMMUNICATION SYSTEMS GmbH, | * | |
| CDM CLINICAL DATA MANAGEMENT U.K., | * | |
| LTD., f/k/a TEAMWORKS CLINICAL | * | |
| SERVICES, LTD., TEAMWORKS CLINICAL | * | |
| SOLUTIONS, LTD., TEAMWORKS CLINICAL | * | |
| SERVICES, INC., TEAMWORKS CLINICAL | * | |
| SOLUTIONS INTERNATIONAL, INC., | * | |
| TEAMWORKS CLINICAL SOLUTIONS | * | |
| PRIVATE, LTD., and DR. THOMAS HEINA, | * | |
| | * | |
| Defendants, | * | |
| | * | |
| and | * | |
| | * | |
| MERCK & CO., INC., | * | |
| | * | |
| Reach and Apply Defendant. | * | |

ORDER

February 17, 2005

TAURO, J.

After the Further Conference held on February 17, 2005, this court hereby orders that:

1.      <u>Defendants TEAMworks Clinical Solutions, Ltd., TEAMworks Clinical Solutions</u>

        Private, Ltd., and CDM Clinical Data Management U.K., Ltd.'s Motion to Dismiss for Lack of Personal Jurisdiction [#19] is DENIED;

2. Motion and Application of J.P. Brentwood Cliveden for a Preliminary Injunction in Aid of a Reach and Apply Attachment [#32] is DENIED;

3. Plaintiff may depose: (1) Thomas Heina; (2) Anna Higgins; (3) Tanja Ruettimann; (4) Mara Bekere; (5) Martina Heina; (6) Keeper of Records for Genzyme Corporation pursuant to Fed. R. Civ. P. 30(b)(6); (7) Carmen Auberger; (8) Keeper of Records for Merck & Co. pursuant to Rule 30(b)(6); (9) Robert Duggan, Esq.; and (10) Henning Lux;

4. Defendants may depose: (1) J.P. Brentwood Cliveden; (2) Douglas Bain; (3) Douglas Beauregard; (4) Lance Eminger; (5) Roger Holden; (6) Gary Holmes; (7) Anders Krogh; (8) Bruce Sharp; (9) Jeremy Smethurst; and (10) Victoria Wills;

5. All discovery shall be completed by September 30, 2005;

6. No further discovery will be permitted without leave of this court; and

7. A Further Conference is scheduled for October 11, 2005 at 10:00 a.m.

IT IS SO ORDERED.

                                                    /s/ Joseph L. Tauro
                                                United States District Judge