UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERK'S OFFICE
2005 FEB 18  P 4: 37
U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| J.P. BRENTWOOD CLIVEDEN,<br><br>    Plaintiff,<br><br>v.<br><br>CDM CLINICAL DATA MANAGEMENT DEUTSCHLAND GMBH f/k/a TEAMWORKS COMMUNICATION SYSTEMS GMBH, CDM CLINICAL DATA MANAGEMENT UK LTD. f/k/a TEAMWORKS CLINICAL SERVICES LTD., TEAMWORKS CLINICAL SOLUTIONS LTD., TEAMWORKS CLINICAL SERVICES, INC., TEAMWORKS CLINICAL SOLUTIONS INTERNATIONAL, INC., TEAMWORKS CLINICAL SOLUTIONS PRIVATE LTD. and DR. THOMAS HEINA,<br><br>    Defendants,<br><br>and<br><br>MERCK & CO., INC.,<br><br>    Reach and Apply Defendant. | Civil Action No. 04-11903-JLT |

**DEFENDANTS' CDM CLINICAL DATA MANAGEMENT DEUTSCHLAND, GMBH., TEAWORKS CLINICAL SOLUTIONS INTERNATIONAL, INC., TEAMWORKS CLINICAL SOLUTIONS, INC. AND DR. THOMAS HEINA AND DEFENDANTS' COUNSEL'S CERTIFICATE OF COMPLIANCE WITH D. MASS. R. 16.1(D)(3)**

In accordance with D. Mass. R. 16.1(D)(3), the undersigned certify that they have conferred:

    (1)    with a view to establishing a budget for the costs of conducting the full course of, and various alternative courses to, the litigation; and

(2)     to consider the alternative dispute resolution programs such as those outlined in D. Mass. R. 16.4.

Respectfully Submitted,

_____
Thomas Heina
on behalf of himself and CDM Clinical Data Management Deutschland, GmbH., TEAMworks Clinical Solutions International, Inc., TEAMworks Clinical Solutions, Inc.

_____
Henry A. Sullivan, BBO#544371
Lisa A. Weinman, BBO# 648057
Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.
One Financial Center
Boston, MA 02111
(617) 542-6000

Dated: February __, 2005

## CERTIFICATE OF SERVICE

I hereby certify that this ___ day of February, 2005, the foregoing *Defendants' CDM Clinical Data Management Deutschland, GmbH., TEAMworks Clinical Solutions International, Inc., TEAMWorks Clinical Solutions, Inc. and Dr. Thomas Heina and Defendants' Counsel's Certificate of Compliance with Local R. 16.1(D)(3)* was served upon all counsel in this matter by mailing copies thereof, first class postage prepaid, addressed to:

Jessica Block
Block & Roos, LLP
60 State Street, Suite 3800
Boston, MA 02109

Robert V. Lizza
Holland & Knight, LLP
10 St. James Avenue
Boston, MA 02116

_____
Lisa A. Weinman