UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS



| | |
|---|---|
| J.P. BRENTWOOD CLIVEDEN,<br><br>　　　　Plaintiff,<br><br>v.<br><br>CDM CLINICAL DATA MANAGEMENT DEUTSCHLAND GMBH f/k/a TEAMWORKS COMMUNICATION SYSTEMS GMBH, CDM CLINICAL DATA MANAGEMENT U.K. LTD., TEAMWORKS CLINICAL SERVICES LTD, TEAMWORKS CLINICAL SOLUTIONS LTD., TEAMWORKS CLINICAL SERVICES, INC., TEAMWORKS CLINICAL SOLUTIONS INTERNATIONAL, INC., TEAMWORKS CLINICAL SOLUTIONS PRIVATE LTD. and DR. THOMAS HEINA,<br><br>　　　　Defendants. | Civil Action No.: 04-11903-JLT |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the parties, by their authorized undersigned representatives, hereby stipulate and agree that the above-captioned action, be and hereby is, dismissed with prejudice.

Each party shall bear its own costs and attorneys' fees and waives all rights of appeal.

Respectfully Submitted,

| | |
|---|---|
| J.P. BRENTWOOD CLIVEDEN<br><br>By his attorney,<br><br>_/s/ Jessica Block_<br>Jessica Block, Esq.<br>Bock & Roos<br>60 State Street<br>Boston, MA 02109<br><br><br>Date: 4·6·05 | TEAMWORKS CLINICAL SOLUTIONS, INC., TEAMWORKS CLINICAL SOLUTIONS INTERNATIONAL, INC., CDM CLINICAL DATA MANAGEMENT DEUTSCHLAND, GMBH (F/K/A TEAMWORKS COMMUNICATION SYSTEMS DEUTSCHLAND, GMBH), CDM CLINICAL DATA MANAGEMENT UK, LTD., (F/K/A TEAMWORKS CLINICAL SERVICES, LTD.), TEAMWORKS CLINICAL SOLUTIONS, LTD., TEAMWORKS CLINICAL SOLUTIONS PTE. LTD., AND DR. THOMAS HEINA (INDIVIDUALLY),<br><br>By their attorneys,<br><br>_/s/ Henry A. Sullivan_<br>Henry A. Sullivan, Esq., BBO No. 544371<br>Lisa A. Weinman, Esq., BBO No. 648057<br>Mintz, Levin, Cohn, Ferris, Glovsky<br>   and Popeo, P.C.<br>One Financial Center<br>Boston, MA 02111<br>(617) 542-6000<br><br>Date: 3-29-05 |

LIT 1510531v1